UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:24-CV-0046-MOC-WCM

| | |
|---|---|
| **GERTRUDE A. SEIGEL,**<br><br>                                  **Plaintiff,**<br><br>v.<br><br>**TRAILS CAROLINA, LLC, WILDERNESS TRAINING CONSULTING, LLC, AND DERRY C. O'KANE,**<br><br>                                  **Defendants.** | **NOTICE OF APPEARANCE** |

The undersigned counsel, David L. Levy, of the law firm of Hedrick Gardner Kincheloe & Garofalo, LLP, hereby provides notice to the Court, all parties and counsel that he will appear as counsel in this action on behalf of Defendants Trails Carolina, LLC, Wilderness Training Consulting, LLC and Derry C. O'Kane. As such, all pleadings, notices, calendars, and other documents should be directed to the attention of the undersigned.

**This the 6th day of March, 2024.**

                                                            /s/DAVID L. LEVY
                                                            **David L. Levy**
                                                            **NC State Bar No. 34060**
                                                            **Hedrick Gardner Kincheloe & Garofalo, LLP**
                                                            **4201 Congress Street, Suite 300**
                                                            **Charlotte, NC  28209**
                                                            **Phone:  704-319-5426**
                                                            **Fax:  704-602-8178**
                                                            dlevy@hedrickgardner.com
                                                            *Attorneys for Defendant Trails Carolina, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Appearance* was served upon all counsel of Record via CM/ECF system.

**This the 6th day of March, 2024.**

>**/s/DAVID L. LEVY**
>**David L. Levy**
>**NC State Bar No. 34060**