UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:24-CV-00046-MOC-WCM

| | |
|---|---|
| **GERTRUDE A. SIEGEL,** <br>                                  **Plaintiff,** <br> v. <br> **TRAILS CAROLINA, LLC, WILDERNESS TRAINING CONSULTING, LLC, AND DERRY C. O'KANE,** <br>                                  **Defendants.** | **DEFENDANTS' MOTION FOR ORDER PROHIBITING EXTRAJUDICIAL STATEMENTS** |

**NOW COME** Defendants Trails Carolina, LLC, Wilderness Training & Consulting, LLC, and Derry C. O'Kane, (hereinafter collectively "Defendants"), by and through their undersigned counsel, and move the Court for an Order prohibiting Plaintiff and her counsel from making extra-judicial statements regarding the instant lawsuit and allegations contained therein against Defendants. In support of this Motion, Defendants submit a *Memorandum of Law in Support of Defendants' Motion for Order Prohibiting Extrajudicial Statements* filed contemporaneously herewith and incorporated herein by reference.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order prohibiting Plaintiff and her counsel from making extrajudicial statements regarding the instant lawsuit and allegations against Defendants.

**This the 9th day of April, 2024.**

                                              **/s/DAVID L. LEVY**
                                              **David L. Levy**
                                              **NC State Bar No. 34060**
                                              **/S/KRISTY M. D'AMBROSIO**
                                              **Kristy M. D'Ambrosio**
                                              **NC State Bar No. 52817**
                                              **Hedrick Gardner Kincheloe & Garofalo, LLP**

1

                                         **4201 Congress Street, Suite 300**
                                         **Charlotte, NC 28209**
                                         **Phone: 704-319-5426**
                                         **Fax: 704-602-8178**
                                         **dlevy@hedrickgardner.com**
                                         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 9, 2024, a copy of the foregoing *Defendants' Motion for Order Prohibiting Extrajudicial Statements* was served upon all counsel of Record via the CM/ECF system.

/s/DAVID L. LEVY
**David L. Levy**
**NC State Bar No. 34060**