# SEARCH WARRANT

**STATE OF NORTH CAROLINA**

Transylvania County

In The General Court Of Justice
District/Superior Court Division

File No.

**IN THE MATTER OF**

Trails Carolina
500 Winding Gap Road, Lake Toxaway NC, 28747
GIS PIN 8514-85-1922-000

FILED FEB -7 PM

**Name Of Applicant**
Detective Andrew Patterson

**Name Of Additional Affiant(s)**

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

This Search Warrant is issued upon information furnished under oath or affirmation by the person(s) shown.

| Date Issued | Time Issued | ☐ AM ☒ PM | Name (type or print) George Bell | Signature |
|---|---|---|---|---|
| 2/6/24 | 1615 | | | |

☐ Deputy CSC ☐ Assistant CSC ☐ CSC ☐ Magistrate ☐ District Ct. Judge ☒ Superior Ct. Judge

**NOTE:** When issuing a search warrant, the issuing official must retain a copy of the warrant and warrant application and must promptly file them with the clerk. G.S. 15A-245(b).

| Date | Time | ☐ AM ☐ PM | Name Of Magistrate (type or print) | Signature Of Magistrate |
|---|---|---|---|---|

This Search Warrant was delivered to me on the date and at the time shown below when the Office of the Clerk of Superior Court is closed for the transaction of business. By signing below, I certify that I will deliver this Search Warrant to the Office of the Clerk of Superior Court as soon as possible on the Clerk's next business day.

This Search Warrant was returned to the undersigned clerk on the date and time shown below.

| Date | Time | ☐ AM ☒ PM | Name Of Clerk (type or print) Samantha Keadle | Signature Of Clerk Samantha L Keadle | ☒ Dep. CSC ☐ Asst. CSC ☐ CSC |
|---|---|---|---|---|---|
| 2/7/24 | 12:53 | | | | |

## RETURN OF SERVICE

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received | ☐ AM ☒ PM |
|---|---|---|
| 2/6/24 | 1619 | |

| Date Executed | Time Executed | ☐ AM ☒ PM |
|---|---|---|
| 2/6/24 | 1720 | |

☒ I made a search of _see attached_

☒ I seized the items listed on the attached inventory.
☐ I did not seize any items.
☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date and time of issuance and I hereby return it not executed.

_____ as commanded.

| Name Of Officer Making Return (type or print) | |
|---|---|
| Andrew Patterson | |

**Signature Of Officer Making Return**

| Department Of Agency Of Officer | Incident Number |
|---|---|
| Transylvania County Sheriff's Office | 2024020101012 |

AOC-CR-119, Rev. 6/19
© 2019 Administrative Office of the Courts

Original - File  Copy - For Search of Vehicle/Premises, to Owner or Person in Apparent Control; if No Such Person Present, Leave Copy Affixed Thereon
Copy - For Search of a Person, to Person from Whom Items Taken
(Over)

Case 1:24-cv-00046-MOC-WCM   Document 30-3   Filed 04/23/24   Page 1 of 10

1. ATTACHMENT TO SEARCH WARRANT APPLICATION OF DETECTIVE ANDREW PATTERSON OF THE TRANSYLVANIA COUNTY SHERIFF'S OFFICE DATED FEBRUARY 6TH, 2024 TO SEARCH THE RESIDENCE LOCATED AT 500 WINDING GAP ROAD, LAKE TOXAWAY NC, 28747. PIN 8514-85-1922-000

CONTINUATION OF "PROPERTY TO BE SEIZED"

1. Desktop computer(s), laptop computer(s), notebook computer(s), netbook computer(s), computer hard drive(s), computer thumb drive(s), floppy disc(s), recordable compact disc(s), Digital Versatile Disc(s) (DVD), external hard drive(s), flash drives, mass storage device(s), SD cards, computer equipment, any item identified as digital storage media may be examined, searched or previewed on site in a forensically sound manner and seized and maintained as evidence to be submitted for an additional forensic examination by a trained competent forensic computer examiner at a later date.
2. Graphic and movie files (including, but not limited to, files bearing file extensions .JPG, .GIF, .TIF, .AVI, and .MPG), and the data within the aforesaid objects relating to said materials.
3. Address and/or telephone books, realties indices and any papers reflecting names, addresses, telephone numbers, fax numbers and/or telex numbers of possible co-conspirators, sources of supply, customers, financial institutions, and other individuals of business with whom a financial relationship exists;.
4. Any and all articles of personal property tending to show ownership of the property.
5. Any and all cellular telephones, global positioning systems, cameras, and or video recorders. Any item identified, searched or previewed on site in a forensically sound manner and seized and maintained as evidence to be submitted for an additional forensic examination by a trained competent forensic computer examiner at a later date.
6. Any and all office supplies material that is used for documentation such as calendars, note pads, note books, business cards, receipts, folders, files.
7. Any and all controlled substances as defined in Chapter 90 of the North Carolina Controlled Substances Act, including its paraphernalia; further described in G.S. 90-113.22.
8. Any and all items proven to be of value of usefulness of the investigation in the list of the crimes.
9. Any and all items pertaining to the location(s) of all witnesses

_Signature_
Signature of Affiant

Date: February 6, 2024

_Signature_
Signature of Judicial Official

Date: February 6, 2024

2. ATTACHMENT TO SEARCH WARRANT APPLICATION OF DETECTIVE ANDREW PATTERSON OF THE TRANSYLVANIA COUNTY SHERIFF'S OFFICE DATED FEBRUARY 6TH, 2024 TO SEARCH THE RESIDENCE LOCATED AT 500 WINDING GAP ROAD, LAKE TOXAWAY NC, 28747. PIN 8514-85-1922-000

CONTINUATION OF "NAME OF CRIME"

**Involuntary Manslaughter, General Statue 14-18, Class F felony.**

A person guilty of this offense
(1) Kills
(2) Another living human being
(3)(a) By an unlawful act that does not amount to a felony and is not ordinarily dangerous to life or
(b) By a culpably negligent act or omission.

**Element (3)(b).** For a detailed discussion of culpable negligence, see "Criminal Negligence" in Chapter 1 (States of Mind). As discussed there, criminal negligence means a carelessness or recklessness that shows a thoughtless disregard of consequences or a heedless indifference to the safety and rights of others. By contrast, the malice required for second-degree murder includes commission of an inherently dangerous act in such a reckless and wanton manner as to manifest a mind utterly without regard for human life and social duty and deliberately bent on mischief. *See* the note on Element (3)(a)(i) to "First-Degree Murder" (defining malice for homicide crimes), above. Thus, courts have stated that "[t]he difference between involuntary manslaughter and second-degree murder is one of the degree of risk and recklessness involved." State v. Ray, 149 N.C. App. 137, 148 (2002); *see also* State v. Rich, 351 N.C. 386, 395 (2000).

Signature of Affiant

Date: February 6, 2024

Signature of Judicial Official

Date: February 6, 2024

3. ATTACHMENT TO SEARCH WARRANT APPLICATION OF DETECTIVE ANDREW PATTERSON OF THE TRANSYLVANIA COUNTY SHERIFF'S OFFICE DATED FEBRUARY 6TH, 2024 TO SEARCH THE RESIDENCE LOCATED AT 500 WINDING GAP ROAD, LAKE TOXAWAY NC, 28747. PIN 8514-85-1922-000

CONTINUATION OF "IN THE FOLLOWING PREMISES"

← from 153 Public Safety Way, Brevard, NC 28712
to 500 Winding Gap Rd, Lake Toxaway, NC 28747

**42 min (24.4 miles)**
via US-64 W
Fastest route now due to traffic conditions

### 153 Public Safety Way
Brevard, NC 28712

> Follow Public Safety Way and Morris Rd to US-276 S/US-64 W
>
> 2 min (0.6 mi)

> Continue on US-64 W to Lake Toxaway
>
> 21 min (15.3 mi)

> Follow Kim Miller Rd and NC-281 N to Winding Gap Rd
>
> 19 min (8.6 mi)

### 500 Winding Gap Rd
Lake Toxaway, NC 28747

500 Winding Gap Road is a property owned by Trails NC Holdings LLC, containing 24.177 acres containing multiple buildings that have various uses such as sleeping quarters for juvenile campers, office buildings for administrative purposes, kitchen areas, storage buildings, etc.

_[signature]_
Signature of Affiant                                    Date: February 6, 2024

_[signature]_
Signature of Judicial Official                          Date: February 6, 2024

4. ATTACHMENT TO SEARCH WARRANT APPLICATION OF DETECTIVE ANDREW PATTERSON OF THE TRANSYLVANIA COUNTY SHERIFF'S OFFICE DATED FEBRUARY 6TH, 2024 TO SEARCH THE RESIDENCE LOCATED AT 500 WINDING GAP ROAD, LAKE TOXAWAY NC, 28747. PIN 8514-85-1922-000

CONTINUATION OF "IN THE FOLLOWING PREMISES"



Trails NC Holdings LLC Etal

PIN 8514-85-1922-000
Owner Trails NC Holdings LLC Etal.
Appraisal Card Click Here
Tax Bill Click Here
Basic Tax Search Click Here
Township 07
Calculated Acreage 24.177 Acres
Land Value $232,850
Building Value $305,940
Assessed Value $564,010
Sale Price $
Sale Date
Fire District LAKE TOXAWAY FIRE RESCUE
Deed Book , Page
Building Data

| Card | Year Built | Heated Square Feet | Basement | Bedrooms | Bathrooms | Half Baths | Fireplaces |
|---|---|---|---|---|---|---|---|
| 5 | 1980 | 416 | N | 0 | 0 | 0 | 1 |

...

Signature of Affiant                              Date: February 6, 2024

Signature of Judicial Official                    Date: February 6, 2024

5. ATTACHMENT TO SEARCH WARRANT APPLICATION OF DETECTIVE ANDREW PATTERSON OF THE TRANSYLVANIA COUNTY SHERIFF'S OFFICE DATED FEBRUARY 6TH, 2024 TO SEARCH THE RESIDENCE LOCATED AT 500 WINDING GAP ROAD, LAKE TOXAWAY NC, 28747. PIN 8514-85-1922-000

CONTINUATION OF "OTHER PLACES TO BE SEARCHED"

Any out-buildings, garages, cellars, tents, campers, barns, sheds, crawl space, basement, shelter, vehicles, or any other enclosure on the premises described in "IN THE FOLLOWING PREMISES".

CONTINUATION OF "FACTS TO ESTABLISH PROBABLE CAUSE"

I, Transylvania County Sheriff's Office Detective Andrew Patterson, duly sworn request the court to issue a Search Warrant.

Your applicant, Detective Andrew Patterson has been a sworn law enforcement officer for 10 years in North Carolina. I have worked at the Transylvania County Sheriff's Office full time since 2013 and part time for City of Brevard Police Department since 2016. I am currently working as the Detective assigned to the Criminal Investigations Division.

I received my Basic Law Enforcement Training Certificate from Blue Ridge Community College (755 hours) in June of 2011. Since Graduating from the Blue Ridge Community College BLET program I have received numerous hours of training through the North Carolina Justice Academy, various community colleges throughout the state, as well as universities. I have also attended the National Forensic Academy Session 57, that is held at the University of Tennessee. Having attended the National Forensic Academy, I have become a certified Crime Scene Investigator, Blood Pattern Analysis, and Shooting Incident Reconstructionist, and have study 400 hours of forensics curriculum.

Your applicant has received numerous hours training in several law enforcement disciplines a lot of which has been training in Tactical Operations and Criminal Identification and Interdiction through the above mentioned agencies.

Signature of Affiant                    Date: February 6, 2024

Signature of Judicial Official          Date: February 6, 2024

6. ATTACHMENT TO SEARCH WARRANT APPLICATION OF DETECTIVE ANDREW PATTERSON OF THE TRANSYLVANIA COUNTY SHERIFF'S OFFICE DATED FEBRUARY 6TH, 2024 TO SEARCH THE RESIDENCE LOCATED AT 500 WINDING GAP ROAD, LAKE TOXAWAY NC, 28747. PIN 8514-85-1922-000

CONTINUATION OF "FACTS TO ESTABLISH PROBABLE CAUSE"

To date your applicant has investigated and charged multiple cases involving narcotics, property crimes, assaults both felony and misdemeanor cases and been involved in countless other investigations with this agency as well as others.

Your applicant prepares detailed reports of investigation(s), submits reports to the appropriate prosecuting authority, prepares and submits for probable cause, warrants for arrest, prepares and submits for probable cause, search warrants, executes (serves) civil documents, executes (serves) arrest warrants, executes (serves) search warrants, makes arrest, identifies, collects, packages evidence used for criminal proceedings, assist in submission of evidence to the North Carolina State Crime Laboratory for examination.

Your applicant has investigated as lead officer and or assisted in countless other cases from simple misdemeanors to major felonies. Your applicant has and currently does appear and testify in Judicial Proceedings for the State of North Carolina District and Superior, Criminal and Civil Court Division.

On February 3rd, 2024 Detective Sergeant Andrew Shook and Detective Stony Gonce responded to Trails Carolina located at 500 Winding Gap Road, Lake Toxaway North Carolina, 28747, in reference to a deceased 12 year old juvenile male. Members of the Lake Toxaway Fire Department were first on scene and requested Law Enforcement to the scene. Trails Carolina is a camp for troubled youth to attend.

Det. Shook and Gonce arrived at the location and began to process the scene. The Juvenile who will not be named in this Search Warrant will be referred to as CJH. CJH's body was laying in what is referred to as a "bunk house" which is the sleeping quarters for the juvenile campers. It is a square structure that appears to be made out of wood. The front entrance is covered by a porch.

Signature of Affiant                                            Date: February 6, 2024

Signature of Judicial Official                                  Date: February 6, 2024

7. ATTACHMENT TO SEARCH WARRANT APPLICATION OF DETECTIVE ANDREW PATTERSON OF THE TRANSYLVANIA COUNTY SHERIFF'S OFFICE DATED FEBRUARY 6TH, 2024 TO SEARCH THE RESIDENCE LOCATED AT 500 WINDING GAP ROAD, LAKE TOXAWAY NC, 28747. PIN 8514-85-1922-000

CONTINUATION OF "FACTS TO ESTABLISH PROBABLE CAUSE"

Upon entering the structure they observed CJH laying in the floor of the bunk house on a mat. The body was in Rigor Mortis at this time and was cold to the touch. CJH was laying on his back with his arms on his chest and his knees bent upwards toward the sky. He was wearing a red hoodie as well as a blue shirt underneath. He also had a CPR mask covering his face. CJH is a while male, with brown hair. He was not wearing any pants or underwear. CJH's pants and underwear were laying next to his right shoulder. During interviews, camp counselors were asked how his pants got into this position and they did not know.

CJH had Lividity settled into his back when he was examined by Detectives Shook and Gonce. They also noted possible petechial located in the lips and possible eyes. They noted a extended vain on his neck and possible bruising around the eye. Once they rolled the body, CJH began to foam at the mouth, which could've indicated that he ingested some sort of poison.

Medical Examiner Anthony Messer was requested to the scene to examine the body. He determined that it would be a ME case and to transport the body to the morgue so that it can be taken for autopsy. There were more examinations done with CJH at the morgue, which was documented, by Anthony Messer as well as Det. Gonce and Shook.

Det. Shook interviewed Jackson Riley Hunt at the Transylvania County Sheriff's Office located at 153 Public Safety Way, Brevard North Carolina 28712. During this interview, it was revealed that Mr. Hunt is one of the counselors for the camp. He explained to Det. Shook that CJH had been at Trails Carolina for less than 24 hrs. CJH had refused to eat dinner at the camp when he was brought in. It was described that he was loud and irate when he first arrived at the camp. Mr. Hunt said that he had calmed down later in the evening and ate some of the snacks that they provide.

Signature of Affiant

Date: February 6, 2024

Signature of Judicial Official

Date: February 6, 2024

8. ATTACHMENT TO SEARCH WARRANT APPLICATION OF DETECTIVE ANDREW PATTERSON OF THE TRANSYLVANIA COUNTY SHERIFF'S OFFICE DATED FEBRUARY 6TH, 2024 TO SEARCH THE RESIDENCE LOCATED AT 500 WINDING GAP ROAD, LAKE TOXAWAY NC, 28747. PIN 8514-85-1922-000

CONTINUATION OF "FACTS TO ESTABLISH PROBABLE CAUSE"

Mr. Hunt then explained CJH's sleeping arrangements. He describe that CJH would have to sleep on the floor of the bunk house, the base layer of it is a heavy duty plastic that is cut approximately 6 feet and tied on each end with a string, on top of this is a sleeping Bivvy which is considered a small tent. One side is collapsed and the other side is held up by a flex pole.

Inside of this bivvy is where the sleeping bag is placed, and CJH would have to sleep like this on the first night per protocol of Trails Carolina. On the zipper of the bivvy is a small alarm apparatus that is triggered to go off anytime someone tries to exit the bivvy. This device was covered by green tape and was seized along with the other items CJH was sleeping in.

Mr. Hunt described how at approximately 12:00-12:30 am, CJH began to experience a panic attack. Him and another counselor stood along the wall while CJH was experience panic and high anxiety. Mr. Hunt did not mention if he or other counselors attempted to assist CJH with any easement during his anxiety attack. Mr. Hunt also mentioned that CJH could exit the bivvy at any time, but he when he describe any interaction with CJH he kept stating "we" would open or close the bivvy. Mr. Hunt also explained that CJH was checked on at 12:00 am, 3:00 am, 6:00 am, and was found dead at 7:45 am, and he was cold to the touch and stiff.

Det. Gonce and Shook attempted to gain information on the other four juveniles that were in the bunk house along with CJH when he died. Trails Carolina staff refused to allow us to speak with any juveniles on sight, as well as see them. They also refused to give out any of the juveniles names or date of births, or any other information as well.

Transylvania County Department of Social Services attempted to check on the welfare of the children as well and were met with the same refusal by any and all Trails Carolina staff. DSS was provided with first names of the juveniles but nothing else. When they attempted to ascertain the whereabouts of these juveniles, they refused to disclose the locations of them. Trails Carolina

Signature of Affiant                       Date: February 6, 2024

Signature of Judicial Official               Date: February 6, 2024

9. ATTACHMENT TO SEARCH WARRANT APPLICATION OF DETECTIVE ANDREW PATTERSON OF THE TRANSYLVANIA COUNTY SHERIFF'S OFFICE DATED FEBRUARY 6TH, 2024 TO SEARCH THE RESIDENCE LOCATED AT 500 WINDING GAP ROAD, LAKE TOXAWAY NC, 28747. PIN 8514-85-1922-000

CONTINUATION OF "FACTS TO ESTABLISH PROBABLE CAUSE"

has multiple locations throughout the United States of America. Other known locations at this time are at 816 Sundance Lake Road, Pisgah Forest NC GIS PIN 9518-45-3628-000. 555 Sky Valley Camp Road, Hendersonville, NC 28739, and another location in South Carolina.

Based on the foregoing "FACTS TO ESTABLISH PROBABLE CAUSE", Affiant respectfully requests that probable cause be found for the issuance of a search warrant, for the premises described in "IN THE FOLLOWING PREMISES".

Signature of Affiant                    Date: February 6, 2024

Signature of Judicial Official          Date: February 6, 2024