Live    News    Weather

Charlotte, NC

# NC DHHS to revoke Trails Carolina's license

WBTV Investigates: Camp shut down after 12-year-old boy died in February



WBTV Investigates: Camp shut down after 12-year-old boy died in February

By Nick Ochsner

Published: Mar. 28, 2024 at 3:39 PM EDT

BREVARD, N.C. (WBTV) – A North Carolina wilderness camp has been permanently shut down by state regulators less than two months after a 12-year-old boy died at the facility.

Regulators with the N.C. Department of Health and Human Services notified Trails Carolina on Thursday that its license was being revoked.

**PREVIOUS:** **All children removed from NC wilderness camp after 12-year-old's death**

In addition, regulators further suspended the camp's ability to admit new participants.



Live   News   Weather

**Previous:** [‘Shame on you.’ Former participants weigh in on NC wilderness camp](#)

According to the letters, NCDHHS inspectors went to the camp on March 21 for another inspection.



The letters listed the **following violations found during the inspection:**

- General Statute 122C-62 Additional Rights in 24-Hour Facilities (V364)
- 10A NCAC 27G .0209 Medication Requirements (V118)
- 10A NCAC 27G .0603 Incident Response Requirements for Category A and B Providers (V366)
- 10A NCAC 27D .0304 Protection from Harm, Abuse, Neglect or Exploitation (V512)
- 10A NCAC 27E .0101 Least Restrictive Alternative (V513)



View more on Instagram

356 likes
wbtv_news

Breaking news: North Carolina has told a deadly wilderness therapy camp that they intend to revoke their license

🔗 in bio for @nick.ochsner's full report.

#trailscarolina #wildernesstherapy
View all 23 comments

Add a comment...

A spokeswoman for Trails Carolina did not immediately respond to an email seeking comment on the regulatory action.

Thursday's developments come after a 12-year-old boy died at Trails Carolina in early February.

Search warrants executed by the Transylvania County Sheriff's Office said the boy was found lying on his back, stiff and cold, by the time first responders got to the scene.

It's the second child to die at the camp in a decade.