Revised 3/30/15
(sgt)

MAR 23 2015

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: MHL088-020 | (X2) MULTIPLE CONSTRUCTION A. BUILDING: _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 000 | INITIAL COMMENTS

A complaint survey was completed on 2/4/15. The complaint was substantiated (Intake ID #NC00102355 and NC00102381). A deficiency was cited.

This facility is licensed for the following services: 10 NCAC 27G.5200 - Residential Therapeutic (Habilitative) Camps | V 000 | 1) To be added to students safety agreement, located in the Phase 1 workbook:
   a) "In the event you are separated from your group stay where you are, assuming that location is safe, and call for help loudly. In the event that location is not safe, move to an area that is and continue calling for help.
2) To be added to protocols: In the event of an elopement the Primary Administrator will call law enforcement within two hours of when the student was last seen.
3) Precautionary Measures have been implemented to target more clearly and effectively expectations around student supervision. See attached description to further understand the "Precautionary Measures," and how they apply to supervision. | |
| V 512 | 27D .0304 Client Rights - Harm, Abuse, Neglect

10A NCAC 27D .0304    PROTECTION FROM HARM, ABUSE, NEGLECT OR EXPLOITATION
(a) Employees shall protect clients from harm, abuse, neglect and exploitation in accordance with G.S. 122C-66.
(b) Employees shall not subject a client to any sort of abuse or neglect, as defined in 10A NCAC 27C .0102 of this Chapter.
(c) Goods or services shall not be sold to or purchased from a client except through established governing body policy.
(d) Employees shall use only that degree of force necessary to repel or secure a violent and aggressive client and which is permitted by governing body policy. The degree of force that is necessary depends upon the individual characteristics of the client (such as age, size and physical and mental health) and the degree of aggressiveness displayed by the client. Use of intervention procedures shall be compliance with Subchapter 10A NCAC 27E of this Chapter.
(e) Any violation by an employee of Paragraphs (a) through (d) of this Rule shall be grounds for dismissal of the employee.


This Rule is not met as evidenced by:
Based on record reviews, interviews, and | V 512 | | |

Division of Health Service Regulation

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE           TITLE        (X6) DATE

Case 1:24-cv-00046-MOC-SCR   Document 30-19   Filed 04/23/24   Page 1 of 23

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | MHL088-020 | A. BUILDING: _____ <br> B. WING _____ | C <br> 02/04/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD <br> LAKE TOXAWAY, NC  28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 1 <br><br> observations, Lead Staff #1, Staff #2, and Staff #3 subjected 1 of 7 clients to neglect and harm by not adhering to the level 2 supervision protocol (Deceased Client #1). The findings are: <br> Review of Deceased Client #1 ' s (DC #1) records on 11/25/14 revealed: <br> ·    DC #1 was a 17 year old male admitted to the facility on 10/17/14 with diagnoses of Major Depressive Disorder, Cocaine Abuse, and Parent/Child Relationship Difficulties. <br> ·    DC #1 did not have a history of elopement, but had gotten in trouble in school for fighting, and had been expelled from school for failing a drug test. <br> ·    DC #1 ' s treatment strategies included Therapeutic Phase work, individual therapy, group therapy, family therapy, psycho-education, camping skills and techniques, social skills and communication skills training. <br> ·    DC #1 ' s safety plan included responding to de-escalation techniques used by staff to minimize physical restraints, and  " increased supervision of staff until there are no longer signs of safety issues for student (such as running away, or self-harm). " <br> ·    DC #1 had goals for increasing self-esteem and developing coping skills to minimize symptoms of depression. <br> ·    DC #1 ' s goals included developing an increased knowledge of addiction dynamics, and co-dependent relationships, and learning to take responsibility for his own actions <br> ·    DC #1 was placed on supervision Level 2 at approximately 8:00 PM on 11/9/14, according to therapist notes dated 11/10/14,  " due to incident in best notes (shift notes) in which student tried to portray an injury in order to leave program " . <br> ·    DC #1 eloped while on a camping trip with 6 other clients and 3 staff on 11/10/14. <br> ·    DC #1 was discharged following his | V 512 | | |

Division of Health Service Regulation

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>MHL088-020 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING: _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC  28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 2<br><br>elopement on 11/10/14.<br>· DC #1's body was found by local authorities on 11/23/14.<br>Review of Lead Staff #1's (LS #1) records on 12/3/14 and 2/2/15 revealed:<br>· LS #1 was hired 10/23/13 as a Wilderness Instructor.<br>· LS #1 was currently a Lead Wilderness Instructor.<br>· LS #1 was certified as a Wilderness Emergency Medicine/ First Responder through 11/18/15.<br>· LS #1 was recertified in Nonviolent Crisis Intervention (CPI) on1/5/2015<br>Review of Staff #2's (S2) records on 12/3/14 revealed:<br>· S2 was hired as a Wilderness Instructor on 4/30.<br>· S2 was current in First Aid and Cardio-Pulmonary Resuscitation (CPR) through May 31, 2016.<br>· S2 was certified in CPI on 4/29/14.<br>Review of Staff #3's (S3) records on 12/3/14 revealed:<br>· S3 was hired as a Wilderness Instructor on 1/29/14.<br>· S3 was certified in First Aid and CPR for 2 years on 1/4/14.<br>· S3 was certified in CPI on 1/28/14.<br>Review of Therapist #1's (T1) records on 12/3/14 revealed:<br>· T1 was hired as a Therapist on 8/8/11.<br>· T1 was licensed as a Licensed Clinical Social Worker thru 2015.<br>· T1 was re-certified in First Aid and CPR for 2 years on 3/11/13.<br>· T1 was re-certified in CPI on 3/4/14.<br>Review of Incident Reports on 12/3/14 revealed:<br>· An Incident Report dated 11/9/14 - 11/10/14 which documented DC #1 telling staff he had | V 512 | | |

Division of Health Service Regulation

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING: _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | MHL088-020 | | C 02/04/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 3 | V 512 | | |
| | slipped while walking to the latrine by Foothills Campsite 88 and hit his head on a tree. The Incident Report also documented: " He (DC #1) had scratches on his head & (R) forearms, but no bruising. However, concussion/ head trauma protocol was followed: Student (DC #1) was monitored every 15 to 30 minutes for the next 24 hours, & medical staff were notified and consulted. " In an addendum at the bottom of the report, completed on the same day as the incent report, it was documented that " Shortly after the incident, another student reported that (DC #1) had told him ' I bet I can get out of here by faking this. ' ". | | | |
| | · An Incident Report dated 11/10/14 which documented DC #1 going to the latrine by Foothills Campsite 85 for the 2nd time in 20 minutes. Staff placed himself on the hill above the latrine to audibly monitor the client. DC #1 was calling out his name, then stopped. Staff ran down the hill, but DC was gone. Staff fanned out to search for DC #1, and Primary Response System (PR) was notified. The report also documented staff felt the client had taken advantage of latrine privacy to slip away into deep woods, and documented staff recommendation that closer supervision of clients using the latrine should be practiced. The Incident Report did not document that DC #1 was on supervision level 2 at the time of his elopement. | | | |
| | Review of in-house investigation on 12/4/14 revealed: | | | |
| | · Interview recorded in the in-house investigation with LS #1, beginning with confirmation of the Incident Report dated 11/9/14 - 11/10/14: " Level 2 since Sunday night 8 PM. ...Faking head injury. ... Coming back from loo, (DC #1) lost his footing, claimed to hit his head. ... No bruising. Complained of blurry vision and pain in back and head. ... (DC #1) told peer (C3), | | | |

Division of Health Service Regulation

STATE FORM

6899      Y5PE11      If continuation sheet 4 of 22

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: MHL088-020 | (X2) MULTIPLE CONSTRUCTION A. BUILDING: _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 4<br><br>' I bet I can get out of here by faking this ' . ... He hiked fine. ... Went on a wood run with (LS#1) and another peer (C2). (DC #1) displayed a good mood and demeanor during. ... Staff continued checking vitals hourly, he reported no pain. "<br><br>· LS #1 then confirmed details of the incident report dated 11/10/14. LS #1 reported: ... (DC #1) also complained of stomach pain and went to the bathroom at the loo. ... 20-30 minutes later he (DC #1) asked to go to the loo again. ... (DC #1) walked toward the Loo, (LS #1) got up and followed him to the top of the hill. ... (DC #1) walked down the hill and called his name. When he took too long the staff called out his name and he called back. They name bounced for about 30-45 seconds. ... Staff did not see him carrying anything. ... A student reported after the fact that he had seen (DC #1) slam a water before going to the loo. ... Another student reported missing half a tort (tortilla). ... After (DC #1) did not respond to a name bounce for about 10 seconds, (LS #1) started down the hill to the loo. He told (S #2) to come, and waited for him. They were both heading down the hill in about 5 seconds. ... There was no sign of (DC #1) at the loo. "<br><br>· Staff called PR to report the runaway at approximately 2:30 PM, and contacted other staff in the surrounding area to get help in searching for DC #1. Staff continued to search until 8:00 PM, when they were told the client had been seen in Cashiers, NC, and they could discontinue the search.<br><br>· Interviews recorded in the in-house investigation with S2 and S3 confirmed the statement given by LS #1. S3 stayed with the 6 remaining clients while S2 assisted LS #1 in the search for the client.<br><br>· Interview recorded in the in-house investigation with T1 confirmed DC #1 had been placed on Level 2 on Sunday, 11/9/14. He | V 512 | | |

Case 1:24-cv-00046-MOC-SCR   Document 30-19   Filed 04/23/24   Page 5 of 23

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>MHL088-020 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING: _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>TRAILS CAROLINA | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC 28747 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 5<br><br>notified the client's father about an hour after the client ran. He also contacted the county sheriff's office at about 6:20 PM to file a missing person report. At around 7:15 he received a call from the sheriff's office of a sighting of the client at a gas station in a local town. He contacted the client's father at about 7:41 PM to notify him of the sighting.<br>· Interview recorded in the in-house investigation with the Primary Response worker, who coordinated communication between the field staff, the facility, and the professional and administrative staff, confirmed he was contacted by field staff at about 2:30 PM. He helped coordinate the search, and made the decision when to contact the Sheriff's office. He learned about the gas station sighting at about 9:00 PM. He went to the station and they confirmed DC #1 had headed north on Hwy 107 toward the town. He continued to search along the road until midnight, with no result.<br>· Interviews recorded in the in-house investigation with the Staff Development Director, and the Program Director confirmed they participated in the search, before and after the gas station sighting, also with no result.<br>Review of Trails Carolina Wilderness Instructor Reference Manual (TCIRM), which was presented a field policy and procedure Supervision manual, on 12/3/14 revealed:<br>· Page 23. Level Watches<br>o Level 1 "Heightened" - Provide extra diligence and supervision because the student may be new or has recently been on a higher level of watch and may need to be re-elevated.<br>o Level 2 "Eyes On"<br>- Student needs to be in visual contact with a staff at all times.<br>- Two staff need to escort the student to the bathroom. | V 512 | | |

Division of Health Service Regulation

STATE FORM

Case 1:24-cv-00046-MOC-SCR   Document 30-19   Filed 04/23/24   Page 6 of 23

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>MHL088-020 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING: _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 6<br><br>- No going out of camp and calling their name.<br>- Student needs to sleep in a " burrito " (unless otherwise specified by primary therapist.<br>o    Level 3 " Arms Length "  ... .<br>·    Page 24. (Levels) Crisis/Runaway/Suicide Watches<br>o    Staff may put a student on any level watch at any time for safety reasons due to:<br>-    Physical/Emotional Safety<br>-    Suicidal Ideations/plans/threats<br>-    Risk of runaway<br>o    Staff should notify PR as soon as possible but also being mindful of safety, and may need to contact Primary therapist to relay more information if needed.<br>o    Incident (report) should be filled out about the circumstances the student was put on a level watch within 24 hours.<br>·    Page 25. Latrines<br>o    ... " If a latrine needs to be dug within sight of camp a tarp will be set up as a wall to maintain privacy. "  ...<br><br>Review of the Police Report dated 11/10/14 on 1/11/15 revealed:<br>·    The report spans a period from 11/10/14 through 12/4/14<br>·    Initial contact with Jackson County Sheriff ' s Department (JCSD) was made by Therapist #1 (T1) at approximately 6:30 PM on 11/10/14.<br>·    During the contact, T1 provided a description and e-mailed a picture of DC #1 to the JCSD.<br>·    A representative of JCSD asked if a search and rescue team should be formed and sent to look for DC #1. T1 stated he would have to check with his supervisor, and would call JCSD back.<br>·    The JCSD representative sent out an alert, also known as a bolo (Be On the Look-Out) to the surrounding counties regarding the run, and included DC #1 ' s description. About 10 minutes | V 512 | | |

Case 1:24-cv-00046-MOC-SCR   Document 30-19   Filed 04/23/24   Page 7 of 23

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: MHL088-020 | (X2) MULTIPLE CONSTRUCTION A. BUILDING: _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 7 | V 512 | | |

later, T1 called back and told the JCSD representative that no search and rescue was required. At that time, JCSD received a dispatch that a first responder from the Cashiers, NC Fire Department had seen a person matching DC #1's description walking north on Highway 107N by the Cashiers, NC, Exxon Station. The JCSD representative informed T1 he would check the report and contact T1 with the results.

· JCSD deputies went to the Cashiers Exxon and questioned the staff working there. She stated she had seen a person matching the description walking in front of the station at about 6:00 PM. When shown a picture of DC #1, she stated that was the individual she had seen, but she didn't know anything else about him.

· Deputies from JCSD then started looking for DC #1, but didn't find him.

· On 11/11/14, JCSD received a call from DC #1's mother requesting information. She asked about search and rescue, and JCSD informed her search and rescue could have been used if DC #1 had last been seen in a woodland area. However, because he had last been seen in town, the search could only take the form of the bolo alert.

· On 11/12/14, after determining that the individuals seen by various witnesses were not DC, JCSD planned a search and rescue, and had a Highway Patrol helicopter do a grid search of the area where DC #1 was last seen by facility staff. The search had negative results.

· On 11/13/14, a ground search using all-terrain vehicles, hikers, and the Highway Patrol helicopter was initiated. The search base was established in a field by the campsite from which DC #1 eloped. DC #1's orange safety vest was found below the latrine area and placed in evidence.

· On 11/14/14, DC #1's fanny pack was found

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | MHL088-020 | A. BUILDING: _____<br>B. WING _____ | C<br>02/04/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC  28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 8<br><br>by searchers. The pack contained books with DC #1's name on them<br>·    On 11/15/14, JCSD employed a K-9 team to help with the search. No new information as to DC's location resulted.<br>·    On 11/22/14, at approximately 10:30 AM, all search teams were notified to terminate their search. DC #1's body had been located in a remote area of the Natahala National Forest. DC #1's body was found in a creek at the bottom of a gorge. His clothing matched the description provided by T1, and were frozen to the body.<br>·    An autopsy was performed by the Jackson County Medical Examiner (JCME) on 11/24/14 at approximately 12:45 PM. A Detective from JCSD was present at the autopsy.<br>·    " X-Rays of (DC #1)'s head, neck and left hip performed at 13:14 hours (1:14 PM). The X-Rays revealed a fracture of (DC #1)'s left hip. No other major injuries or insults were found on the body during the autopsy. "<br>·    " (JCME) advised that the fractured left hip was consistent with a fall from height. "<br>·    " (JCME) also advised that the cause of death was hypothermia secondary to a fractured left hip. "<br>Observation at approximately 11:30 AM on 12/4/14 of the camp site from which DC #1 eloped revealed:<br>·    The camp site was approximately 1 and ½ miles up a logging road from the main road.<br>·    An open space approximately 25 yards in circumference is just off the logging road.<br>·    The campsite was about 10 yards into the woods on the other side of the open space.<br>·    The camp was set up in a triangular shape, with the fire area to the right, and the gear storage area to the left, forming the base of the triangle, and closest to the open space. The tent area was at the tip of the triangle, and the latrine | V 512 | | |

Division of Health Service Regulation

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | MHL088-020 | A. BUILDING: _____<br><br>B. WING _____ | C<br>02/04/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 9<br><br>was approximately 50 feet from the campsite, downhill through moderately heavy woods and brush.<br>·    The spot from which staff monitored DC #1 as he went to the latrine area was at the top of a rise, about 10 feet from the campsite, and approximately 40 to 45 feet from the latrine area.<br>·    The latrine area was surrounded by heavy woods and brush, with no obvious paths out except the path back to the campsite.<br>·    From the place where staff stood, anyone in the latrine area could not be seen through the trees and brush.<br>Interview with Sheriff Department Detective #1 (SDD) on 1/11/15 revealed:<br>·    The client's body was found at about 10:30 AM on 11/22/14 by a search team following the creek at the base of the gorge. Visibility in that area ranged from 25 feet to 5 feet. Then body was found lying in the creek, partially covered with leaves and debris, with what appeared to be an injury to his left leg, and with DC #1's clothing frozen to his body. There was a reddened area on the client's forehead from the hairline to the bridge of the client's nose, which the JCME later determined to have been caused by exposure. He was found under a tree which slanted up over the creek at about a 75 degree angle. The height of the tree over the creek, and above where the body was found in the creek, ranged from 13 to 15 feet. There were 4 areas on the tree trunk where the bark and moss had been displaced, or scraped off, which were indications the client had climbed the tree, possibly to see the surrounding area. The leg injury, which was later found by the JCME to be a broken left hip, was consistent with a fall from the tree.<br>·    The Sheriff's Department Detective #1 (SDD) was present at the client's autopsy on 11/24/14, conducted by the county Medical | V 512 | | |

Division of Health Service Regulation

STATE FORM          6899       Y5PE11       If continuation sheet 10 of 22

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: MHL088-020 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING: _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 10<br><br>Examiner. X-rays confirmed the client had suffered a fracture of his left hip, consistent with a fall from 13 to 15 feet. The reddened area on his forehead was a result of exposure. The exact time of death couldn't be determined, but the Medical Examiner suggested the client had fallen into the creek on the same day he ran, fracturing his hip. The cause of death was determined to be Hypothermia, secondary to a left hip fracture. SDD also stated the client was found approximately 580 yards from the latrine where he eloped, and about 100 to 120 yards from where his pack was found. Search teams had covered the area before, but the vegetation was so thick down around the creek that the body could easily have been missed unless you were right down in the creek bed.<br>Interview on 12/3/14 with Lead Staff #1 (LS #1) revealed:<br>·    Lead field instructor since October 2013.<br>·    Staff #2 reported on Sunday, 11/9/14, that deceased client (DC #1) had been found on the ground and may have hit his head when separated from the group to use the bathroom. Staff executed "concussion protocol" although DC #1 did not demonstrate symptoms typical of a concussion.<br>·    Staff assessed his condition and continued to monitor his vitals every 15 minutes.<br>·    The therapist was contacted who instructed field staff to increase supervision of DC #1 to Level II.<br>·    DC #1 was "burritoed" between two staff and kept awake throughout the night. Staff continued to check his vitals throughout the night.<br>·    On Monday, 11/10/14, the camp was moved approximately 1 ½ miles.<br>·    DC #1 seemed to feel better on Monday although somewhat sluggish due to lack of sleep.<br>·    Staff continued to maintain level II | V 512 | | |

Division of Health Service Regulation

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>MHL088-020 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING: _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 11<br><br>supervision ( " eyes on " ) of DC #1.<br>· On Monday afternoon DC #1 asked to go to the " loo " (latrine). He went once, returned, and then asked to go again 20 minutes later.<br>· LS 1 stood at the top of the hill and watched DC #1 go down the hill to the latrine.<br>· DC #1 had been instructed to call his name audibly every 5-10 seconds while going to the latrine.<br>· LS #1 lost sight of DC #1 when DC #1 was approximately 40 feet away.<br>· DC #1 was no longer calling his name audibly.<br>· He and Staff #2 then went toward the latrine area and began looking for DC #1.<br><br>Interview on 12/3/14 with Staff #2 revealed:<br>· Field instructor since April 2014.<br>· On Sunday 11/9/14 DC #1 asked to go to the latrine. Although not on a specific supervision level at that time he was required to call his name audibly when separated from the group to go to the latrine.<br>· When DC #1 quit calling his name audibly Staff #2 went to find him and he was laying on his back near a log. DC #1 indicated that he had fallen and hit his head.<br>· He assessed DC #1 and noted superficial scratches on arm and forehead. No knot, swelling, or bruising observed. He then advised the Lead Field Instructor, LS #1, who responded. Staff assessed DC #1 ' s vitals and executed the " concussion protocol " .<br>· Client #3 informed him that DC #1 had stated " he would get out of here by tonight " .<br>· Supervision of DC #1 was increased to level II after the incident on Sunday.<br>· Level II supervision meant " eyes on " , " can see hands and a front view " of the client. At night on level II a client is " burritoed " between | V 512 | | |

Division of Health Service Regulation

Case 1:24-cv-00046-MOC-SCR   Document 30-19   Filed 04/23/24   Page 12 of 23

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  MHL088-020 | (X2) MULTIPLE CONSTRUCTION A. BUILDING: _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C 02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  TRAILS CAROLINA | STREET ADDRESS, CITY, STATE, ZIP CODE  500 WINDING GAP ROAD LAKE TOXAWAY, NC 28747 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 12<br><br>staff.<br>· Staff alternated throughout the night shift to ensure DC #1 stayed awake.<br>· Next day (Monday) DC #1 seemed better.<br>· Camp was relocated on Monday and when set up the latrine was approximately 70 yards and down a hill away from camp.<br>· DC #1 went to the latrine once and then shortly thereafter wanted to return to the latrine.<br>· Lead Staff #1 followed DC to the top of the hill. DC #1 was calling his name audibly every 5-10 seconds but then quit. Lead Instructor instructed him to call his name twice. DC #1 responded back but when instructed again for the third time DC #1 did not respond.<br>· He and Lead Instructor #1 ran to the latrine area but DC #1 was not there.<br><br>Interview on 12/3/14 with Staff #3 revealed:<br>· Field Instructor since February 2014.<br>· On Sunday when going to the latrine DC #1 indicated he fell and hit his head.<br>· Staff #2 and Lead Field Instructor #1 evaluated his condition and executed the " concussion protocol " .<br>· DC #1 " acted out of it " . He had superficial scratches on forehead but no bruising. He did not present like someone who had experienced a strong blow to the head.<br>· His vitals were monitored and documented.<br>· Therapist #1 (T1) instructed staff to increase his supervision to a level II.<br>· Level II supervision was " eyes on at all times " , use a burrito at night, and pocket checks before using the latrine or going to bed. No packs were taken to the loo.<br>· Throughout the night staff were checking DC #1 ' s vitals every 30 minutes.<br>· Monday staff continued to check DC #1 ' s vitals every 30 minutes. | V 512 | | |

Division of Health Service Regulation

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>MHL088-020 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING: _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>TRAILS CAROLINA | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC 28747 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 13 | V 512 | | |
| | · On DC #1's second request to go to the latrine, Lead field instructor #1 went with him. DC #1 left camp calling his name audibly every 5 seconds. | | | |
| | · Latrine was located outside of the camp down a path, approximately 30 yards from center of camp. | | | |
| | · Lead Field Instructor #1 was standing 10-15 feet from the edge of camp at the top of the hill when DC #1 went to the latrine. | | | |
| | · Staff #2 and Lead Field Instructor #1 went down to the latrine when DC #1 quit calling his name audibly. He stayed with the rest of the group. | | | |
| | Interview on 12/8/14 with an officer of a local Sheriff's Department revealed: | | | |
| | · If the camp had contacted their office immediately law enforcement would have come to the scene or made contact with someone in charge and then notified the Volunteer Rescue Squad to begin a "hasty search". | | | |
| | · "Hasty search" means quick, fast and in a hurry. This type of search would have placed people on roads and the marked trails. | | | |
| | · The Volunteer Rescue Squad could have been there within an hour had they been notified. | | | |
| | · The officer stated he believed if more people had been in the woods searching for him (DC #1) they may have been able to hear him. | | | |
| | Interview on 12/22/14 with the father of DC #1 revealed: | | | |
| | · He was notified at 4:31pm by the therapist that DC #1 had disappeared and staff were searching for him. | | | |
| | · At 7:41pm that same night he received another call that there had been a "potential sighting" of DC #1 at a local gas station. | | | |
| | · The camp felt this "sighting" was a good | | | |

Division of Health Service Regulation
STATE FORM

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>MHL088-020 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING: _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>TRAILS CAROLINA | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC  28747 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 14<br><br>match to DC #1 and felt confident that he had made it out of the woods.<br>·     It was troubling to him that the camp could make the assumption that " a city kid " could make it out of the wood that easily.<br>·     Search and rescue were not called until after dark.<br>·     Real delay before the search actually started. The search did not actually start until Wednesday.<br>·     Tuesday was spent exploring the " sighting " at the gas station.  It was determined that law enforcement could not confirm that he was out of the woods.<br>·     DC #1 was found 530 yards from the campsite.  A JCSD representative had informed him that DC #1 died the same day he left.<br>·     The first 12-24 hours was critical.<br>·     DC #1 was not a runner, risk taker and he did not take chances.<br>·     The camp did a good job staying in touch with him throughout the process.<br>·     He had been notified by the therapist that DC #1 ' s mother wanted to pick him up from the program.  He indicated that he had talked with DC #1 ' s mother who stated she had spoken with the therapist and agreed to a follow up phone call with DC #1 and that he could stay in the program if that was what he wanted to do.<br><br>Telephone interview with mother of DC #1 on 11/24/14 revealed issues she wanted to convey to surveyors:<br>·     Sheriff ' s department office had told her when they found the body, they had not had someone sent in to interview the other kids in the program.<br>·     The facility Executive Director had told her that the day her son went missing, he had hit his head. She was told staff had to wake DC #1 up | V 512 | | |

Division of Health Service Regulation

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING: _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | MHL088-020 | | C 02/04/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 15

every hour.
·    She had wanted to pick up DC #1 on Monday, 11/10/14, but T1 wanted to her wait to talk to DC #1 by phone on Tuesday, 11/11/14, before picking him up, which she agreed to do. T1 said DC #1 didn ' t like the woods, and she felt he was not respectful of DC #1 ' s feelings.
·    Camp staff gave the police the wrong description of her son ' s clothing.
·    She was told by detectives that if her son had been reported as lost rather than a runaway, her son may have been found faster. She didn ' t believe he had run, because he wasn ' t the outdoors type, and wasn ' t a hiker.
·    She ' d been told by police that other kids had run away from the program.
·    She felt she had been treated very unprofessionally by facility staff.
·    She had hired a private investigator to look into her son ' s disappearance.

Interview on 12/4/14 with the Executive Director revealed:
·    Level II supervision is eyesight at all times.
·    Although protocol for level II supervision indicated a staff escort to the latrine, that requirement was not usually enforced.
·    Clients calling their names had become standard practice when going to the bathroom regardless of the level of supervision.
·    " Abundantly clear that there was a lack of clarity around the latrine. "
·    Clients were not supposed to go out of camp calling their name.  After a prior incident with clients who ran from camp the audible name bounce was not to be used, " had to be visual " .
·    Her expectation for the latrine would have been to set up closer to camp and to " tarp " the latrine to afford a client privacy, as described in the Trails Carolina Instructor ' s Reference | V 512 | | |

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  MHL.088-020 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING: _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C 02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  TRAILS CAROLINA | STREET ADDRESS, CITY, STATE, ZIP CODE  500 WINDING GAP ROAD  LAKE TOXAWAY, NC  28747 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 16 | V 512 | | |
| | Manual. | | | |
| | · She was not comfortable with the distance Lead Field Instructor #1 was to DC #1 when DC #1 went to the latrine. He did not have DC #1 within his eyesight. | | | |
| | · Acknowledged that 2 staff members had left the group to execute the search for DC #1 leaving one staff members with the remainder of clients. | | | |
| | · When DC #1 disappeared they were able to quickly bring in additional staff to start looking for him. | | | |
| | · Law enforcement notified approximately 4 hours after disappearance. | | | |
| | · Staff continued to search after dark primarily on the roads after 2 people confirmed that he was sighted at a local gas station. | | | |
| | · The camp had no specific protocol for contacting law enforcement. | | | |
| | · After police are called " you lose control ". | | | |
| | · She had been notified after incident when DC #1 indicated he fell and hit his head on the way to the latrine. Staff informed her of their response and the physical assessment of DC #1. Staff indicated they were monitoring DC #1 and had implemented the " concussion protocol ". She advised them to continue to monitor DC #1 and call primary response to report changes. | | | |
| | · The camp does not have a " concussion protocol ". The camp has a system for response and communication. | | | |
| | · " Concussion Protocol " is terminology that was used by field staff. | | | |
| | · New clients were outfitted and staff oriented them to the program. They were taught hiking and camping protocols. The clients worked through " phase books " which contained wilderness basics, such as staying warm, and fire starting. | | | |
| | · Clients are not taught what to do if separated from the group. There should never be a time | | | |

Division of Health Service Regulation

STATE FORM                    6899               Y5PE11                      If continuation sheet  17 of 22

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>MHL088-020 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING: _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD<br>LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 17<br><br>that a client would be separated from their group.<br><br>Interview on 12/3/14 with the Therapist #1 revealed:<br>· He had instructed field staff to execute level II supervision with DC #1 due to the possibility of a concussion and because another client reported that DC stated he had faked his injury to get out of camp.<br>· Level II supervision was eyesight at all times, being able to see face and hands, being within 20 feet of client, and having clients sleep in a burrito. Calling out name only was not sufficient.<br>· On Saturday, 11/8/14, DC #1 's mother called and wanted to pick up DC #1 from the program. She thought he had completed enough of the program and needed to return to school. He informed DC #1 ' s mother that they could arrange a call with DC #1 on Tuesday 11/11/14 to discuss his transition out of the program. DC #1 ' s mother agreed to the phone call on 11/11/14. DC #1 ' s father was informed of this call and the plan for a follow up call with DC #1.<br>· DC #1 had disclosed to him in prior sessions that he did not want to see his mother and would run if he did.<br><br>Interviews on 11/25/14 with 6 current clients revealed:<br>· All 6 interviews confirmed the sequence of events as related by staff in their interviews and in the incident reports. None of the clients believed DC #1 had suffered a head injury.<br>· Client #3 also confirmed that DC #1 had told him we was faking a head injury in order to get back to base camp. Client #3 stated he told staff what DC #1 had said right after the alleged head injury incident. | V 512 | | |

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:

MHL088-020 | (X2) MULTIPLE CONSTRUCTION
A. BUILDING: _____

B. WING _____ | (X3) DATE SURVEY COMPLETED

C
02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER

TRAILS CAROLINA | STREET ADDRESS, CITY, STATE, ZIP CODE

500 WINDING GAP ROAD
LAKE TOXAWAY, NC  28747 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 18

Plan of Protection completed by Program Director on 12/9/14

Action Items
1)   Re-work level system structure with clinical team input.
a)   Meetings began 10/20/2014
b)   Level System changes were finalized 11/17/2014
c)   Field Staff were trained to new Level System 11/19, and 11/26
d)   See attached for  " Field Guide to Safety Watches "  document (given to field staff for reference).

2)   Hire additional field support
a)   Interview process began 10/17/2014
b)   Hired: 11/14/2014 (SM) hired as new field manager with Risk Management focus for the first 3 months of role ( over 5 years in industry at 3 programs, background in risk management and heavily involved with Outdoor Behavioral Health Council).

3)   Internally review and debrief incident (leading up to run, run itself, and response).
a)   Interviews conducted 11/12/2014
b)   Use of run as training tool for field staff
i)   11/19/14 shift Completed
ii)   12/3/14 Shift Completed

4)   New Bathroom Supervision Policy
a)   Created 12/1/2014: (see attached :  " Supervision: Bathroom/ Supervision P&P " )
i)   Portable Potty Tents added to group gear-to start 12/8
b)   12/3/14 Shift Trained
c)   12/10/14 Shift TO BE Trained

5)   Provide grief education and counseling to all | V 512 | | |

Division of Health Service Regulation
STATE FORM

6899                     Y5PE11                     If continuation sheet  19 of 22

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING: _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | MHL088-020 | | C 02/04/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 19

staff
a) 11/24/2014 - Day Time Staff
b) 11/16/2014 - All Field Staff
c) 12/3/14 - Field Staff (additional support for people as they work through process over time
d) Ongoing counseling resources provided for all staff

Level 2 Risk
- Staff will have " eyes on " student and within close proximity - ability for staff to effectively respond to the given activity (i.e. camp, sports on field)
- Staff will position themselves by student during hiking, wood runs, PRTs, Medicine spots/IWS, and group sessions
- Staff will increase ' check-ins ' with the students through the day, evening, and night
- Staff will provide safety for students at night by placing student in a burrito (unless otherwise stated by primary therapist)
- All activities requiring disbursement (i.e. not in a contained area, bathroom, wood run, hiking) staff must remain within close proximity of a student and have eyes on at all times.

Plan for Implementation
1) Completed
2) Completed
3) Completed
4) Partial Completion: 1 shift to be trained, leadership will be dropping into groups to monitor adherence to new policy

In accordance with general Statute 122C-24.1; if you believe this to be a Past Corrected Violation, Please answer the questions below.

Past Corrected | V 512 | | |

Division of Health Service Regulation
STATE FORM

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>MHL088-020 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING: _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>TRAILS CAROLINA | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>**500 WINDING GAP ROAD**<br>**LAKE TOXAWAY, NC 28747** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 20<br><br>Preventative Measures:<br>1) Staff were re-trained to understanding of " line of sight " in context of Level 2<br>2) Debrief of prior runaway incidents related to supervision issues<br><br>How and When Corrected:<br>1) " Line of Sight " /Level Training<br>a) Training Dates<br>i) 10/8/2014 Shift<br>ii) 10/15/2014 Shift<br>b) Method<br>i) Group Discussion<br>ii) Visual context and examples<br>iii) Printed review sheet for staff<br>2) Runaway case Study Debrief<br>a) Training dates<br>i) 10/8/14<br>ii) 10/15/14<br>b) Method<br>i) Sequentially talk through events leading up to the run incidents, pause at intervals identifying : red flags, critical decisions, and concrete ways to manage the situations differently<br><br>Maintain Compliance<br>1) Management team members visiting field groups unannounced to monitor and address adherence to Level watch policies<br><br>System to Ensure Compliance<br>1) Quarterly trainings regarding level systems and supervision<br>2) Documented drop-in review process<br><br><br>This deficiency constitutes a Type A1 rule violation, and must be corrected within 23 days. An administrative penalty of $12,000.00 is imposed. If the violation is not corrected within 23 | V 512 | | |

Division of Health Service Regulation

Case 1:24-cv-00046-MOC-SCR Document 30-19 Filed 04/23/24 Page 21 of 23

Division of Health Service Regulation

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: MHL088-020 | (X2) MULTIPLE CONSTRUCTION A. BUILDING: _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 02/04/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| TRAILS CAROLINA | 500 WINDING GAP ROAD LAKE TOXAWAY, NC 28747 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| V 512 | Continued From page 21 | V 512 | | |
| | days, an additional administrative penalty of $500.00 per day will be imposed for each day the facility is out of compliance beyond the 23rd day. | | | |

Division of Health Service Regulation
STATE FORM

6899

Y5PE11

If continuation sheet  22 of 22

# PRECAUTIONARY MEASURES

With the intention of ensuring quality care for our students, the following precautionary measures shall be observed in an effort to provide an environment of security and therapeutic value.

The therapeutic relationship is the most powerful tool we have in assisting students in maintaining their own safety and in making effective choices towards overcoming their life challenges. To this end, all students will be supported by **Relational Supervision**.

**RELATIONAL SUPERVISION:**           **RS**
Relational Supervision means knowing and having an understanding of the students. This includes an understanding of their emotional state, the struggles they are working through, their history, their physical whereabouts, the activities they are engaged in, and their progress or lack there of in phase work. Relational Supervision develops by devoting time to build an appropriate therapeutic relationship with the students in a Staff member's care.

At times it may be necessary to increase the therapeutic relationship based on a student's perceived needs, the threat or actual attempt of acts that would jeopardize safety, or failure to follow rules. At these times the therapeutic relationship will be strengthened through the use of increased precautionary measures.

During these times a Therapist or Primary Administrator can assign Wilderness Field Instructors (WFI) to exercise **Assigned Relational Supervision**.

**ASSIGNED RELATIONAL SUPERVISION:**    **ARS**
The ARS process requires the lead WFI to assign supervision of the student at risk (or perceived risk) to a WFI for increased oversight. The supervising WFI will follow procedures outlined in the student's Individualized Precautionary Measures ("IPM") (defined below).

A WFI can increase RS to AP or a WFI can increase ARS to AP but a WFI cannot increase RS to ARS.

**ASSIGNED PROXIMITY :**                 **AP**
AP means that a student is  assigned to and in proximity of a Staff member with appropriate distance for Staff to respond to escalated and crisis behavior.  Other precautions of ARS and RS are followed as appropriate.

**Individualized Precautionary Measures:  IPM**
Primary Therapist or Primary Administrator will develop an IPM as needed for the purpose of providing WFI with guidance on the appropriate level of care required for a student along with guidance for decreasing precautionary measures as applicable. IPM's can only be removed by the Primary Therapist or Primary Administrator.