

**North Carolina Department of Health and Human Services**
**Division of Health Service Regulation**
**Mental Health Licensure and Certification**
12 Barbetta Drive • Asheville, North Carolina 28806
Phone 828-665-8705 • Fax 828-670-5040
http://www.ncdhhs.gov/dhsr/

Beverly Eaves Perdue, Governor
Lanier M. Cansler, Secretary

Stephanie Alexander, Chief
Phone: 919-855-3795
Fax: 919-715-8076

March 23, 2010

Ms. Graham Shannonhouse, Executive Director
Trails Carolina
500 Winding Gap Rd.
Lake Toxaway, NC 28747

Re:     Annual and Complaint Survey completed March 4, 2010
        Trails Carolina, 500 Winding Gap Rd. Lake Toxaway, NC 28747
        MHL # 088-020
        E-mail Address: gshannonhouse@trailscarolina.com
        Intake #NC00062564

Dear Ms. Shannonhouse:

Thank you for the cooperation and courtesy extended during the annual and complaint survey completed March 4, 2010. The complaint was substantiated.

Enclosed you will find all deficiencies cited listed on the Statement of Deficiencies Form. The purpose of the Statement of Deficiencies is to provide you with specific details of the practice that does not comply with state regulations.  You must develop one Plan of Correction that addresses each deficiency listed on the State Form, and return it to our office within <u>ten days of receipt of this letter.</u>  Below you will find details of the type of deficiencies found, the time frames for compliance plus what to include in the Plan of Correction.

### Type of Deficiencies Found

- Type B rule violation is cited for 10A NCAC 27D .0304(a) Client Rights-Harm, Abuse, Neglect. Tag # 512
- All other tags cited are standard level deficiencies.

### Time Frames for Compliance

- A completed Plan of Correction addressing <u>all </u>cited deficiencies must be returned to our office within ten days of receipt of this letter.
- Type B violation must be *corrected* within 45 days from the exit date of the survey, which is April 19, 2010 Pursuant to North Carolina General Statute § 122C-24.1, failure to correct the enclosed deficiency by the 45th day from the date of the survey may result in the assessment of an administrative penalty of $200.00 (Two Hundred) against Trails Carolina for each day the deficiency remains out of compliance.
- Standard level deficiencies must be *corrected* within 60 days from the exit of the survey, which is May 3, 2010.

An Equal Opportunity / Affirmative Action Employer

**What to include in the Plan of Correction**
- Indicate what measures will be put in place to **correct** the deficient area of practice (i.e. changes in policy and procedure, staff training, changes in staffing patterns, etc.).
- Indicate what measures will be put in place to **prevent** the problem from occurring again.
- Indicate **who will monitor** the situation to ensure it will not occur again.
- Indicate **how often** the monitoring will take place.
- Sign and date the bottom of the first page of the State Form.

Make a copy of the Statement of Deficiencies with the Plan of Correction to retain for your records.

Send the original completed form to our office at the following address within 10 days of receipt of this letter.

Mental Health Licensure and Certification Section
NC Division of Health Service Regulation
12 Barbetta Drive
Asheville, NC 28806

A follow up visit will be conducted to verify all violations have been corrected. If we can be of further assistance, please call Scott Conrad, Team Leader at 828-665-8705 ext. 129.

Sincerely,

Scott Conrad, LCSW
Facility Survey Consultant II
Mental Health Licensure Branch

Fred Jodry, MA
Facility Survey Consultant I
Mental Health Licensure Branch

Noelle Vorus, LCSW
Facility Survey Consultant I
Mental Health Licensure Branch

Enclosures

Cc:File

An Equal Opportunity / Affirmative Action Employer