

(/)

# Deep-Seated Issues in the Troubled Teen Industry: Trails Carolina's Role and a Call to Action

NEWS PROVIDED BY
Trails Carolina (http://www.einpresswire.com/newsroom/trails_carolina/)
August 03, 2023, 14:57 GMT

%2Farticle%2F647837936%2Fdeep-seated-issues-in-the-troubled-teen-industry-trails-carolina-s-role-+Carolina%E2%80%99s+Role+and+a+Call+to+Action) (http://twitter.com/share?text=Deep-and+a+Call+to+Action&url=https%3A%2F%2Fwww.einpresswire.com%2Farticle%2F647837936%2Fdeep-via=ein_news) (http://www.linkedin.com/shareArticle?ep-seated-issues-in-the-troubled-teen-industry-trails-carolina-s-role-and-a-call-to-action&title=Deep-and+a+Call+to+Action) (/article-print/647837936/deep-seated-issues-in-the-troubled-teen--fcd009c875a5577fd4fe2f5b7e3bf4eb.ssl.cf2.rackcdn.com/EINPresswire-647837936-deep-seated-



(https://img.einpresswire.com/large/461770/trails-c wilderness-ther.jpeg#1440x768)

Trails Carolina students sit in a circle on the ground outdoors.

We use cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use. Learn more (/privacy-policy) 

 (https://img.einpresswire.com/large/501909/trails-c students.jpeg#1440x1096)

Trails therapist, Amanda Mojave, and Trails Carolina student.



A Trails Carolina student and her parents sit on the ground outside and work on an emotional process and communication activity using flash cards.

 (https://img.einpresswire.com/large/501907/trails-c classroom.jpeg#1440x970)

We use cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use. Learn more (/privacy-policy)

Case 1:24-cv-00046-MOC-SCR    Document 30-23    Filed 04/23/24    Page 2 of 14



Accredited academic classroom at Trails Carolina.

 (https://img.einpresswire.com/large/515249/trails-c outcomes-graph.png#1592x796)

Percent of Children and Adolescents Experiencing Mental Health Challenges and Stress Overtime After Graduating from Trails Carolina

*Trails Carolina thinks program leaders should have a seat at the table.*

LAKE TOXAWAY, NORTH CAROLINA, UNITED STATES, August 3, 2023/EINPresswire.com (http://www.einpresswire.com/)/ -- An Industry Under Fire

The troubled teen industry has long been a controversial and concerning topic, particularly seeking help for their children.

Encompassing a wide array of residential programs claiming to support struggling teenag substance abuse issues, behavioral problems, and mental health concerns, the troubled te an umbrella term that includes facilities and programs such as youth residential treatment wilderness therapy programs, boot camps, and therapeutic boarding schools.

The troubled teen industry purports to offer interventions and behavioral modifications in assist distressed children in their challenges, but many programs throughout the United S manipulated the good faith of parents wishing to help their kids and often have ended up trauma than therapy.

A closer look reveals a disturbing history filled with questionable practices, lack of oversigh

We use cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use. Learn more (/privacy-policy)

harm to vulnerable young individuals.

While the history of the troubled teen industry reveals something that is far from a reassuring for struggling teens, it's high time we discuss it openly.

Like any stain on humanity's history, it is crucial to investigate the beginnings of the troubled industry to raise awareness of its flaws and dangers, enabling us to collectively work toward implementing necessary improvements and reforms for the well-being of vulnerable child teenagers.

By shining a light on these issues, we can begin to understand what separates accredited programs from the troubled teen boot camps of the past.

A Dark History

Understanding the current climate of the troubled teen industry requires a deep investigation problematic and often terrible history.

The origins of the troubled teen industry go back to the early 20th century with the establishment of behavior modification programs for troubled teens, also called at-risk youth or juvenile delinquents.

These programs aimed to instill discipline and compliance through strict practices that often harm than good.

> **Trails Carolina and other program leaders should be key stakeholders in federal and state decision-making, engaging with parents and legislators to make substantial improvements in the industry."**

In the 1950s and 1960s, the concept of "therapeutic communities" emerged, focusing on group therapy and counseling, but short-lived.

During the 1970s, a shift occurred towards more punitive and unregulated facilities, leading to widespread reports of abuse and neglect. The 1990s saw a surge in private residential programs marketed as therapeutic, but again, numerous allegations of mistreatment emerged.

At the core of this problem was the unregulated nature of these programs.

*— Graham Shannonhouse, Founder of Trails Carolina*

troubled teen industry. When these behavior modification programs and boot camps started, there was an unsettling absence of national regulations or standards to guide these facilities' operations. The lack of federal and state laws allowed them to operate virtually unchecked, leading to inconsistencies in the quality of care and treatment.

Then several years later, in 2008, the U.S. Government Accountability Office (GAO) published a report titled "Residential Programs: Selected Cases of Death, Abuse, and Deceptive Marketing," which detailed numerous allegations of abuse within residential programs across the U.S. and American-owned facilities overseas. In 1996, years before this report, the Outdoor Behavioral Healthcare Council was founded by representatives from a handful of wilderness therapy programs who believed in collaboration and the creation of best practices. During that same time period, the same people were successfully working with their State's legislatures to create regulations and licensing to hold accountable programs that were not following ethical and clinical practices.

Another troubling concern was the misleading marketing tactics employed by some facilities in the sector. The boot camp brochures and curated testimonials rarely revealed the brutal realities and inefficiencies that scarred children for the rest of their lives.

Trails Carolina Is Different

In theory, the troubled teen industry should represent a beacon of hope for families navigating the stormy seas of child and teen difficulties. Unfortunately, the industry has been defined by its history that includes a disconcerting pattern of exploitation, lack of oversight, and questionable treatment practices, leaving programs that, in reality, are quite far from this troubled history, such as Trails, left in the shadows, and families who are in great need of help for their child left without help.

Trails Carolina, situated in Lake Toxaway, North Carolina, is a dual-diagnosis wilderness therapy that prioritizes youth behavioral and mental health treatment. Due to the changes that have occurred over the years, we must assess this program independently, detached from the negative reputation and dark history of the troubled teen industry.

Trails Carolina implements evidence-based practices, communication with participants and

and a commitment to the mental health of struggling adolescents, unlike the harmful, un
programs of the past.

**EIN PRESSWIRE**
Everyone's Internet News Presswire™
(/)

## On Withholding Information and Outcomes

Programs used to purposely withhold information from parents about their children's well
progress. Trails Carolina, however, maintains communication, providing a comprehensive
process.

Trails Carolina began a research study in 2014 to assess the impact of their work with youth
The study is facilitated by the Center for Research, Assessment, and Treatment Efficacy an
of Arkansas. The study utilized comprehensive assessments, measuring mental health sym
family functioning, and treatment results. Pre- and post-treatment assessments were cond
follow-up surveys at 3 and 12 months after program completion. Over 1,200 families have p
with the participants' demographics being boys and girls with an average age of 14, primal
significant prior mental health service experiences.

One year after graduating from Trails Carolina, 98.9% of participants (https://trailscarolina.c
wilderness-therapy-work/) still reported a continued decrease in challenging behavior and
symptoms.

The Trails Carolina admissions team is available by phone to speak with concerned parents
program.

## On the Punitive Approach of Boot Camps

Another concern about the history of the troubled teen industry involves the punitive appr
discipline frequently employed by boot camps and "Scared Straight" facilities. These discip
approaches have repeatedly shown to be detrimental to the emotional and psychological
teens.

We use cookies for analytics, personalized content and ads. By continuing to
"Scared Straight" programs and troubled teen boot camps use harmful practices, whereas
browse this site, you agreed to this use. Learn more (/privacypolicy)

Carolina wilderness therapy program adopts a therapeutic approach. Trails Carolina's outcome shows that their program leads to a reduction in reported symptoms of inappropriate behavior and depression among their students, with effects reported to persist for up to a year after the program.

After leaving Trails Carolina, around 60% of students showed typical moods, compared to others treatment (https://trailscarolina.com/does-wilderness-therapy-work/), and this percentage rise in subsequent assessments.

On Lack of Qualifications

In addition to the dangerous lack of transparency and regulations of past troubled teen programs, as their use of harmful punitive measures, many of these facilities, particularly prior to the state licensures, lacked qualified mental health professionals.

Today, state licensure requires wilderness therapy programs, including Trails Carolina, to operate full team of licensed therapists and experienced and trained wilderness instructors.

On Profit and Private Pay

Organizations claiming to want to improve the troubled teen industry spout misinformation current programs, such as the generalized, unfounded assertion that all troubled teen programs money-driven, keeping kids in the system to produce a profit.

Unfortunately, despite the clear effectiveness of outdoor behavioral health treatment over therapy, wilderness therapy programs such as Trails Carolina continue to be private pay, with companies failing to support families seeking better treatment options. Because of this, the industry appears profit-driven, neglecting the well-being of those they serve in order to ma

However, Trails Carolina, along with other present-day wilderness therapy programs, priori and family health, striving for sustainable improvements instead of relying on repeated pr enrollment.

After Trails graduation, only 43% of children and adolescents transitioned (https://trailscaro wilderness-therapy-work/) to other residential programs, such as a therapeutic boarding so residential treatment center (RTC), showing greater depression and anxiety symptoms (44 to those returning home (22.4%). This persisted during follow-up assessments, with therap school or residential treatment students having higher overall mental health problems (26 to students who returned home after Trails (15.8%).

This evidence indicates that regardless of whether the children and adolescents transition residential treatment program or return home after completing the Trails program, they st considerable improvements in their mental health and problematic behaviors for a full yea

If the goal of the troubled teen industry were solely profit-driven, they might encourage re enrollments or long-term stays in residential programs to maximize revenue. However, the positive outcomes persist beyond the program completion suggests that the focus is on th and successful recovery of the individuals rather than keeping them in the system for finar

Moving Forward

There is a desperate need for reform in this industry. A collective effort from accrediting or legislative stakeholders, parents, concerned citizens, and wilderness therapy program lead required to hold these facilities accountable, establish a robust regulatory framework, and facility' primary focus is on the teens' mental, emotional, and physical well-being.

Founder of Trails Carolina, Graham Shannonhouse, states, "As program leaders, our goal is at the table. We believe Trails Carolina, along with other wilderness therapy program leade key stakeholders in federal and state decision making, engaging with parents, concerned government legislators, and accreditation organizations to make substantial improvement industry for the kids and their families."

Trails Carolina's aim is to provide valuable context and collaborate with all stakeholders to work towards evolving the industry. By advocating for industry-wide changes, implementi accountability principles, and holding themselves to high standards through licensing anc

Trails Carolina sets an example of a troubled teen program dedicated to teens' mental, emotional, and physical health.

Already implementing these principles, Trails Carolina is licensed by the State of North Carolina and accredited by CARF and the Association of Experiential Education's Outdoor Behavioral Healthcare designation.

Upon a thorough Trails Carolina investigation, it is clear that this wilderness therapy program is committed to shifting the reality and the narrative of the troubled teen industry's dark history to a regulated, evidence-based, child abuse free reality.

As a society, we must remember that troubled teens aren't problems to be solved but individuals who need our understanding, compassion, and effective guidance.

Julia Andrick

Trails Carolina

jandrick@trailscarolina.com (mailto:jandrick@trailscarolina.com)

Visit us on social media:

Facebook (https://www.facebook.com/TrailsCarolina/)

Twitter (https://twitter.com/trails_carolina?lang=en)

LinkedIn (https://www.linkedin.com/company/trails-carolina)

Instagram (https://www.instagram.com/trails_carolina/?hl=en)

YouTube (https://www.youtube.com/channel/UC9B7i4jIsa11MY34709JIvg)

Trails Carolina Wilderness Therapy - "We Reunite Families at Trails"



We use cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use. Learn more (/privacy-policy)

Case 1:24-cv-00046-MOC-SCR   Document 30-23   Filed 04/23/24   Page 9 of 14



TAKE THE ASSESSMENT | SCHEDU



(/)

Home (https://trailscaroli

Wha (https://trailscarolina.com/wilderness-therapy-pro

Who (https://trailscarolina.com/our-st

**(https://t.co/ails)c**
(https://trails.com/)

Who (https://trailscarolina.com/ab

Adr (https://trailscarolina.com/adm

Parent Re (https://trailscarolina.co

Contact Us (https://trailscarolina.com/con

(828) 469-0715 (tel:182846





We use cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use. Learn more (/privacy-policy)

Case 1:24-cv-00046-MOC-SCR   Document 30-23   Filed 04/23/24   Page 10 of 14



(/)

You just read:

# Deep-Seated Issues in the Troubled Teen Industry: Trails Carolina's Role and a Call to Action

NEWS PROVIDED BY
Trails Carolina (http://www.einpresswire.com/newsroom/trails_carolina/)
August 03, 2023, 14:57 GMT

We use cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use. Learn more (/privacy-policy)

Case 1:24-cv-00046-MOC-SCR   Document 30-23   Filed 04/23/24   Page 11 of 14

https://www.einpresswire.com/article/647837936/deep-seated-issues-in-the-troubled-teen-industry-...

Distribution channels: Education (/channel/education), Healthcare & Pharmaceuticals Industry (/channel/healthcare-pharmaceuticals), Human Rights (/channel/human-rights)

EIN Presswire's priority is source transparency. We do not allow opaque clients, and our editors try to be careful about weeding out false and misleading content. As a user, if you see something we have missed, please do bring it to our attention. Your help is welcome. EIN Presswire, Everyone's Internet News Presswire™, tries to define some of the boundaries that are reasonable in today's world. Please see our Editorial Guidelines (/editorial-guidelines) for more information.

## Contact

Julia Andrick
Trails Carolina
jandrick@trailscarolina.com (mailto:jandrick@trailscarolina.com)

## Company/Organization

Trails Carolina
500 Winding Gap Rd
Lake Toxaway, North Carolina, 28747
United States
+1 828-595-3261
Visit Website (https://trailscarolina.com/)
Visit Newsroom (http://www.einpresswire...)
Facebook (https://www.facebook.com/T...)
Twitter (https://twitter.com/trails_carolin...)
Instagram (https://www.instagram.com...)

We use cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use. Learn more (/privacy-policy)

YouTube (https://www.youtube.com/cha



(/)

## About

Trails Carolina is a therapeutic wilderness program for youth ages 10-17 and their families. At Trails Carolina, the wilderness therapy program's mission is to give each child the confidence, coping mechanisms, and communication skills to help them become their best version. Families restore and rebuild their relationship with their children throughout the wilderness program.

()

## More From This Author

Trails Carolina's Research Reveals Long-Lasting Therapeutic Benefits for Adolescents (/article/668967696/trails-carolina-s-research-reveals-long-lasting-therapeutic-benefits-for-adolescents)

Deep-Seated Issues in the Troubled Teen Industry: Trails Carolina's Role and a Call to Action (/article/647837936/deep-seated-issues-in-the-troubled-teen-industry-trails-carolina-s-role-and-a-call-to-action)

'82.8% Report Continued Improvement': Struggling Students Achieve Academic Success at Trails Carolina (/article/644086855/82-8-report-continued-improvement-struggling-students-achieve-academic-success-at-trails-carolina)

View All Stories From This Author (http://www.einpresswire.com/newsroom/

We use cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use. Learn more (/privacy-policy)

Case 1:24-cv-00046-MOC-SCR   Document 30-23   Filed 04/23/24   Page 13 of 14

 (/)

## PR Distribution

## Newswires

## Press Releases

## Resources

## Help/Support

## About

User Agreement (/user-agreement)          Privacy Policy (/privacy-policy)

Copyright Policy (/copyright)

© 1995-2024 Newsmatics (https://www.newsmatics.com/) Inc. dba EIN Presswire
All Right Reserved.

We use cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use. Learn more (/privacy-policy)

**Case 1:24-cv-00046-MOC-SCR   Document 30-23   Filed 04/23/24   Page 14 of 14**