

# HEDRICK GARDNER
## KINCHELOE GAROFALO

CHARLOTTE • RALEIGH • WILMINGTON • COLUMBIA • ASHEVILLE

May 22, 2024

***Via E-mail***
Shaun C. Blake
Rogers Lewis Jackson Mann & Quinn, LLC
1901 Main St., Suite 1200
Columbia, SC 29201

Reply To:
Kristy M. D'Ambrosio
Special Counsel
4201 Congress St, Suite 300
Charlotte, NC 28209
Direct: 704-319-5434
Fax: 704-602-8074
Email: kdambrosio@hedrickgardner.com

RE: Gertrude A. Siegel v. Trails Carolina, LLC, Wilderness Training & Consulting, LLC and Derry C. O'Kane
Case No.: 3:24-CV-00155

Dear Mr. Blake:

Please be advised that we have received your responses to Defendant Trail Carolina's First Set of Interrogatories and Requests for Production of Documents and we thank you for those responses. However, we have not received your responses to Defendant Derry C. O'Kane's Rule 9(j) Expert Discovery, which were served on April 12, 2024.

Additionally, some of your responses are deficient and require supplementation. Please provide the following outstanding information and documents:

1. <u>INT 6:</u> Please clarify whether you are claiming that you did not have any treatment post-enrollment from Trails Carolina for the alleged injuries sustained during enrollment. If so, please state the providers.
2. <u>INT 9/RPD 3:</u> Please provide the billing records for Plaintiff's treatment at All Brains Belong, Lydia Bohn, Naomi Shapiro, Dr. Mel Houser, and Dr. Sierra Miller.
3. <u>INT 11/RPD 5 & 6:</u> Please provide any responsive information and documents relating to plaintiff's physical, mental, and emotional health treatment since May 6, 2011, including but not limited to records from Dr. Erica Gibson, The Stern Center, Jarrett House, Heather Washburn, UVM Pediatric Psychiatry, Julia Knight, Gloria Seidler, Amber Minton, Molly Shriver-Blake, and Sharon McCallie-Steller. These records are clearly discoverable given the nature of the allegations and alleged injuries. If these records are not currently in your possession, please provide a release so that our office can obtain them.
4. <u>RPD 8:</u> Please provide the pharmacy records from Lakeside Pharmacy.
5. <u>RPD 16:</u> Please provide a complete response to this Request or, in the alternative, provide our office with a release to obtain complete Plaintiff's school records.

**EXHIBIT D**

6. <u>RPD 17:</u> Please provide complete copies of the communications between Trails Carolina staff and Rachel Siegel, which Plaintiff claims that she has access to in the communications with Lily McNeil disclosed in Plaintiff's First Document Production.

Further, your document production contains redactions at bates 1490, 1495, 1501, and 1502. Please provide the unredacted versions of these communications between Plaintiff and Lily McNeil. Additionally, the conversations between Plaintiff and Sofia Damico reference communicating via text message. Please provide these communications.

Please promptly provide the outstanding discovery responses and discovery documents within the next seven (7) days. This letter serves as Defendants' good faith attempt to secure the missing information without the necessity of Court intervention.

Very truly yours,

*Kristy D'Ambrosio*

Kristy M. D'Ambrosio