

Shaun C. Blake
Cell: (803) 834-9335
sblake@rogerslewis.com

May 24, 2024

**VIA ELECTRONIC MAIL ONLY**
David L. Levy, Esq.
Kristy D'Ambrosio, Esq
4201 Congress Street, Suite 300
Charlotte, NC 28209

Re: Gertrude A. Siegel v. Trails Carolina, LLC, et al.; Case No: 1:24-cv-46-MOC-WCM

Dear Counsel:

In response to your letter dated May 22, 2024, Dr. Bennett's Rule 9(j) response is attached.

Int. #6; RPD #16 & #17: Gertie simply has nothing else to provide as an answer or produce in her possession, custody or control. This will remain the case whether or not you follow through on your threats to file a motion to compel.

Int. #9; RFP #3 & #8: Gertie's response is as complete as it can be at this time. Again, this will remain the case whether or not you follow through on your threats to file a motion to compel. Following the receipt of your letter on Tuesday, Gertie received the documents that are produced herewith bearing Bates Labeled Siegel_001542-001588. As Gertie's written responses plainly state, if and when her providers respond to her requests for billing or other treatment documentation, she will keep supplementing per Rule 26(e); but Gertie cannot conjure information or a record created and possessed by a third party out of thin air to give to you.

Int. #11; RFP #5 & 6: We have gone through this before. Gertie does not have the knowledge or medical records sought here; no 20-year-old does. Gertie is unwilling to undertake the absurdly undue burden to obtain every medical treatment or every record that every health care provider has ever created in relation to any physical or mental condition she has ever experienced since she was 7 years old. Moreover, Gertie will not create and grant your clients unfettered "releases" to obtain and do whatever they want with all PHI that they are able to obtain from her childhood. Please review Rule 34, which neither requires, nor even contemplates, such a "release." Gertie has moved for the entry of a QPO that provides appropriate guardrails for the 13+ years of PHI that Defendants apparently desire. I continue to urge you to consent to the entry of that QPO to move the drudgery of this along.

Sincerely,

Shaun C. Blake

1901 Main Street Suite 1200, Columbia, SC 29201 ▪ P.O. Box 11803 (29211)
Office: (803) 256-1268 ▪ Fax: (803) 252-3653 ▪ www.rogerslewis.com

EXHIBIT E

Case 1:24-cv-00046-MOC-SCR    Document 44-5    Filed 06/03/24    Page 1 of 1