UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
C/A No. 1:24-CV-00046-MOC-WCM

| | |
|---|---|
| Gertrude A. Seigel,<br><br>                                Plaintiff,<br><br>v.<br><br>Trails Carolina, LLC, Wilderness Training & Consulting, LLC, and Derry C. O'Kane,<br><br>                              Defendant. | **CONSENT MOTION FOR QUALIFIED PROTECTIVE ORDER PURSUANT TO 45 C.F.R. § 164-512(e)** |

NOW COME the Parties who jointly ask this honorable Court to enter, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and 45 C.F.R. § 164.512(e)(1), the Qualified Protective Order [Doc. No. 40-2] currently pending before the Court pursuant to Plaintiff's Motion for Qualified Protective Order Pursuant to 45 C.F.R. § 164-512(e) dated May 23, 2024 [Doc. No. 40] and mark that Motion as resolved on the civil docket.

Respectfully submitted:

/s/ Shaun C. Blake
Shaun C. Blake (NC Bar #35819)
ROGERS LEWIS JACKSON & MANN, LLC
1901 Main Street, Suite 1200
Columbia, SC 29201
Phone: (803) 256-1268
Fax: (803) 252-3653
sblake@rogerslewis.com

*Attorneys for Plaintiff Gertrude A. Siegel*

/s/ David L. Levy
DAVID L. LEVY (NC Bar #34060)
KRISTY D. AMBROSIO (NC Bar # 52817)
Hedrick Gardner Kincheloe & Garofalo, LLP
4201 Congress Street, Suite 300
Charlotte, NC 28209
Phone: (704) 366-1101
Fax: (704)366-6181
levy@hedrickgardner.com
kdambrosio@hedrickgardner.com

*Attorneys for Defendants Trails Carolina, LLC, Wilderness Training & Consulting, LLC and Derry C. O'Kane*

June 4, 2024