### 3.06. Incident Reporting

| Policy: Incident Reporting | Date: 6/20/08 |
|---|---|
| Department: Program | Approved: GAS |
| Date of Revisions: 2/17/14, 10/17/16, **12/19/22** | Page: 1 of 3 |

An "incident" is defined as any event inconsistent with the routine operation of the facility, program, treatment, service, or the routine care of a client that is likely to lead to adverse effects upon a client, which may place the program at increased risk for liability.

It is the responsibility of the primary staff member involved in or witnessing the incident to complete an Incident Report properly.

The purpose of completing an incident report is threefold:
1. To facilitate the quick exchange of critical information between all employees and Department Heads concerning safety, security, student treatment, human injury, animal safety, and facility damage.
2. To act as a quality assurance instrument, identifying areas that may need attention to resolve problems and decrease the potential risk to staff and students.
3. To protect those involved in an incident, acting as verification that the proper procedures were followed, according to established Trails Carolina Policies and Procedures.

There are two types of incident reports:
1. A student-involved incident report should be completed whenever a student is involved in an incident. These reports are completed, reviewed by the Leadership Team, and stored in the incident log book in the main office.
2. A staff injury may require an incident report to be completed whenever a staff is injured while on the job. These incident reports are completed on paper and kept in the employee file if requested by the Program Director.

**Procedures:**
**For completing a student-involved incident report:**
1. An Incident Report must be completed in all of the following incidences (this is not an exhaustive list)

a. Any missed medication (requires completion of a Pharmacy Notification Form), including
      i. Student Refusals
      ii. Medication Errors
   b. Any observed or alleged abuse or neglect
   c. Any observed or alleged sexual, personal, or financial business relationship between a staff member and a student or family currently being treated
   d. Accusations of violations of student rights.
   e. Any student who has attempted to or ran away
   f. Any student attempting or threatening self-harm
   g. Acts of Physical Violence/fighting
   h. Destruction of property or theft
   i. Sexual acting out
   j. Any physical or therapy control holds (requires restrictive incident details report)
   k. Death
   l. Use and unauthorized possession of weapons
   m. Unauthorized use and possession of legal or illegal substances
   n. Student injury allegedly due to
      i. Self-infliction
      ii. Student non-compliance
      iii. Recreational activity
      iv. Therapeutic activity
      v. Untimely response from a staff member
      vi. Failure to carry out medical instructions
      vii. Vehicle accident
   o. Any other circumstance is inconsistent with expected care/service operations involving the health, safety, or well-being of clients.

2. The following information must be included in the incident report:
   a. Program name
   b. Student name
   c. Location of incident
   d. Date and time of the incident
   e. The person reporting the incident
   f. Name of the individual involved. Do not include the names of any other clients
   g. Sex and date of birth of the individual

h. Whether the therapist notified
    i. Whether a family member was notified if a controlled hold was utilized, determining whether or not a family member should be contacted is the responsibility of the acting clinician. If the family is contacted, the name and time of contact and by whom should be documented.
    j. Type of injury
    k. Explanation of the incident, including a detailed description to include facts witnessed, discovered, or of which the individual has direct knowledge. No assumption of facts or opinions will be stated. The individual completing the report should document comments made by the party Involved as quotes. Include how the writer became aware of the incident. Include any witnesses to the actual incident.
    l. Resulting in injury, if any, and what part of the body was injured.
    m. Signature of staff completing the report
3. The staff directly involved with the student incident completes an incident report as soon as safely and practically possible.
4. Staff will report all incidents to the primary response and the respective team manager as soon as safely and practically possible following the incident.
5. Incident Reports are reviewed with involved staff during each shift exchange.
6. The Leadership Team reviews incident trends weekly as applicable.
7. If the Leadership Team decides there is a need for training, the Executive Program Director supervises the design and implementation of that training in conjunction with the Leadership and Field Leadership Team.
8. When the reports are complete, and all necessary follow-up is completed and documented, the paper copy is kept in an incident log in the main office.
9. Reports of corrections in trends should document both the suggested intervention and the implementation of the intervention.
10. When the incident involves death, abuse, neglect, or severe illness, Trails Carolina shall:
    a. Notify the Office of Licensing, legally responsible person/parent, or any applicable agency.

**For completing a staff injury incident report:**
1. When and if an employee is injured or hurt in any manner, no matter how small, while on the job, they are required to complete a staff-specific incident report. PR staff will have these forms to utilize in the field. These completed reports are kept in the employee file.
2. The injured employee should fill out incident reports within 24 hours of occurrence.

3. The employee's supervisor or PR must be notified as soon as possible or by the end of the day. If an employee requires medical attention, this will be relayed upon reporting the injury, and appropriate measures will be taken.
4. The staff member's supervisor must notify HR Department within 24 hours of the occurrence and submit all related incident reports to the HR Department.