## 4.07 Search and Seizure Policy

| | |
|---|---|
| **Policy: Search and Seizure** | Date: 6/20/08 |
| **Department: Safety, Risk and Security** | Approved: |
| **Date of Revisions: 6/1/2016, 12/7/2020** | Page: 1 of 2 |

It is the policy of Trails Carolina to protect the privacy of each student. Searches and seizures will only be conducted of a student under the following conditions and will be conducted according to the parent or guardian's signed contract in the enrollment agreement.

1. At enrollment to check for contraband and to ensure proper outfitting with the program's gear. This search will be authorized by parent or guardian's as indicated in the enrollment agreement. Reference **(10.03 Intake Process)**
2. In the event that the student's group is missing valuables, food, gear, or program tools. This search will be conducted according to parent or guardian's signed contract in the enrollment agreement.
3. In the event that a search is warranted to ensure the safety of the staff or students.
4. Upon the return of a student who has been deemed a runaway.

**Procedures:**
1. General
    a. Two staff will always be present during search of that student's belongings.
    b. Staff should document in the Student COMP Book - in the student's Progress Notes. All search and seizures will be documented in the client file and will include no less than the following:
        i. Scope of search
        ii. Reason for search
        iii. Procedures followed in search
        iv. Description of property seized
        v. Account of the disposition of the seized property
    c. If contraband/drugs is found upon intake
        i. Staff will turn in the contraband to the Program Director. Both staff witnesses of this process will be identified by name in the documentation.
        ii. The staff that finds the contraband will make note of what was found in what quantity and the date and time they were delivered to one of the above staff, or disposed of. This will be noted in the admissions note.
2. Search and Seizure at time of Admission
    a. Completed upon student arrival.
    b. Completed by two staff
    c. Thorough search of student's belongings for contraband.

i. Searching in every area of the student's belongings (pockets, sneakers, etc.).
ii. ALL of the belongings of the student is documented on a student inventory log.
iii. The staff and student both sign the completed inventory log.
iv. The log is kept with the student's items, which is stored away.
v. Any item that a student brings that will not be used during the program will be stored until returned to parents (guardian).
vi. Legal guardian will verify the contents and sign the log indicating that the belongings were returned.