## 6.12. Abuse Reporting - Within Program

| Policy: Abuse Reporting Within | Date: 6/20/08 |
|---|---|
| Department: Crisis Management | Approved: GKS |
| Date of Revisions: 6/1/2016 | Page: 1 of 2 |

The Primary Therapist shall provide a leadership role in the identification, reporting and follow-up on child abuse issues. This policy is specific to allegations of abuse within the program.

**Procedure:**
1. When any staff person has good reason to suspect that a student of Trails Carolina has been a victim of abuse, that staff person should immediately notify the Primary Therapist or Clinical Director.
2. The Primary Therapist should gather the necessary data and receive supervision from a Clinical or Program Leadership Team. The team shall make a decision on reporting as quickly as possible.
3. The Primary Therapist will receive supervision from the Clinical or Program Leadership Team to determine if there is enough data to warrant a "reasonable suspicion" that a student has been a victim of abuse. This is all that is required for a suspected report. The law is structured to protect you when reporting while penalizing you for failing to report. A copy of the abuse law is kept with this policy.
4. The Primary Therapist, after discussing the case with the Clinical or Program Leadership Team, in handling suspected child abuse cases, will:
    a. Contact the family to inform them of the suspected abuse and the procedures to be followed.
    b. Contact the home therapist or referring professional for purposes of assisting the family in expressing their feelings and concerns so as to help them remain receptive to continued treatment.
    c. Maintain communication with the Department of Social Services during the investigation of the reported abuse.
5. The Primary Therapist, under the supervision of the Clinical or Program Leadership Team, will be responsible for developing a plan for the protection of the child and of other children in the program. This plan will include:
    a. An immediate removal of the child from the party suspected of perpetrating the abuse. In the event that the alleged perpetrator is a staff member, that staff member will not be allowed to report for duty for work until such time as the Department of Social Services provides us with written or verbal communication of an unsubstantiated accusation.

- b. If the perpetrator or the alleged perpetrator of the abuse is another student, steps will be taken to remove said student from the victim and from other students if it is determined that there is a danger to others. The student will be placed on constant observation until it is determined that the danger of abuse of other students is non-existent, or until such time that the student is referred to a more appropriate level of care.
- c. The victim of the abuse or alleged abuse will be kept safe from any future abuse by removing them from the alleged perpetrator and maintaining constant watches over that student for the purposes of protection and therapeutic support.

6. Initial documentation of the incident will occur in three ways:
   a. An incident report will be written as soon as safely possible after the allegations or of the abuse and will be completed by the witnessing staff person. Notification will be made to the Primary Therapist, Clinical Director, and Program Director as soon as possible no later than 24 hours after the incident.
   b. A note will be placed in the student's file in the clinical documentation, along with the steps taken to protect the student. Documentation will also include the date and time of the report made to the Department of Social Services.
   c. The Primary Therapist and/or Clinical Director will call the relevant state/county Department of Social Services to make an Abuse, Neglect, and Dependency Report. If appropriate, law enforcement will be notified.

**§ 7B-301.** Duty to report abuse, neglect, dependency, or death due to maltreatment.

Any person or institution who has cause to suspect that any juvenile is abused, neglected, or dependent, as defined by G.S. 7B-101, or has died as the result of maltreatment, shall report the case of that juvenile to the director of the department of social services in the county where the juvenile resides or is found. The report may be made orally, by telephone, or in writing. The report shall include information as is known to the person making it including the name and address of the juvenile; the name and address of the juvenile's parent, guardian, or caretaker; the age of the juvenile; the names and ages of other juveniles in the home; the present whereabouts of the juvenile if not at the home address; the nature and extent of any injury or condition resulting from abuse, neglect, or dependency; and any other information which the person making the report believes might be helpful in establishing the need for protective services or court intervention. If the report is made orally or by telephone, the person making the report shall give the person's name, address, and telephone number. Refusal of the person making the report to give a name shall not preclude the department's assessment of the alleged abuse, neglect, dependency, or death as a result of maltreatment.

Upon receipt of any report of sexual abuse of the juvenile in a childcare facility, the director shall notify the State Bureau of Investigation within 24 hours or on the next workday. If sexual abuse in a child care facility is not alleged in the initial report, but during the course of the assessment there is reason to suspect that sexual abuse has occurred, the director shall immediately notify the State Bureau of Investigation. Upon notification that sexual abuse may have occurred in a child care facility, the State Bureau of Investigation may form a task force to investigate the report.