## 6.13. Abuse Reporting – Occurrence Prior to Enrollment

| Policy: Abuse Reporting – Occurrence Prior to Enrollment | Date: 6/20/08 |
|---|---|
| Department: Crisis Management | Approved: GAS |
| Date of Revisions: **6/1/2016** | Page: 1 of 2 |

The Primary Therapist shall provide a leadership role in the identification, reporting, and follow-up on child abuse issues. This policy is specific to allegations of abuse that occurred prior to the student's arrival at Trails Carolina program.

**Procedure:**
1. When any staff person has good reason to suspect that a student of Trails Carolina has been a victim of abuse, that staff person should immediately notify the Primary Therapist or Clinical Director.
2. The Primary Therapist should gather the necessary data and receive supervision from the Clinical and/or Program Leadership Team. The team shall make a decision on reporting as quickly as possible.
3. The Team will determine if there is enough data to warrant a "reasonable suspicion" that a student has been a victim of abuse. This is all that is required for a suspected report. The law is structured to protect you when reporting while penalizing you for failing to report. A copy of the abuse law is kept with this policy.
4. The Primary Therapist, after discussing the case with the Clinical or Program Leadership Team, in handling suspected child abuse cases, will:
    a. Contact the family to inform them of the suspected abuse and the procedures to be followed.
    b. Contact the home therapist or referring professional for the purposes of the assisting the family in expressing their feelings and concerns so as to help them remain receptive to continued treatment.
    c. Maintain communications with the Department of Social Services during the investigation of the reported abuse.
5. Internal reporting of the abuse occurrence prior to enrollment will take the following path:
    a. An incident report will be written as soon as safely possible by the staff person as it was reported to by the student. Notification will be made to the Primary Therapist, Clinical or Program Leadership Team as soon as possible no later than 24 hours after the notification.
    b. The Primary Therapist, will receive supervision from the Clinical or Program Leadership Team regarding duty to report.
    c. The Primary Therapist or Clinical Director will call the relevant state/county Department of Social Services and/or law enforcement if appropriate, and the

designated reporting agency in the county and state in which the student resides to make an Abuse, Neglect and Dependency Report.
   d. Documentation will be made in the clinical notes of all information relevant to the the Abuse, Neglect, and Dependency Report along with steps taken to protect the student.
6. Safety Plan:
   a. When a student discloses a past incident of abuse or neglect, the responsibility to report this lies with the Trails Carolina clinical team. The responsibility for investigation and for a safety plan for the student upon their return home and for the safety of other students in the home will lie with the reporting agency in the county and state in which the student resides.
   b. All steps will be taken to ensure that the student does not return to an abusive or neglectful environment upon their discharge. This will be the responsibility of the primary therapist, in conjunction with the referral source, home therapist or referring professional and with the appropriate reporting agency, depending on their findings.

**§ 7B-301.** Duty to report abuse, neglect, dependency, or death due to maltreatment.
Any person or institution who has cause to suspect that any juvenile is abused, neglected, or dependent, as defined by G.S. 7B-101, or has died as the result of maltreatment, shall report the case of that juvenile to the director of the department of social services in the county where the juvenile resides or is found. The report may be made orally, by telephone, or in writing. The report shall include information as is known to the person making it including the name and address of the juvenile; the name and address of the juvenile's parent, guardian, or caretaker; the age of the juvenile; the names and ages of other juveniles in the home; the present whereabouts of the juvenile if not at the home address; the nature and extent of any injury or condition resulting from abuse, neglect, or dependency; and any other information which the person making the report believes might be helpful in establishing the need for protective services or court intervention. If the report is made orally or by telephone, the person making the report shall give the person's name, address, and telephone number. Refusal of the person making the report to give a name shall not preclude the department's assessment of the alleged abuse, neglect, dependency, or death as a result of maltreatment.
Upon receipt of any report of sexual abuse of the juvenile in a child care facility, the director shall notify the State Bureau of Investigation within 24 hours or on the next workday. If sexual abuse in a child care facility is not alleged in the initial report, but during the course of the assessment there is reason to suspect that sexual abuse has occurred, the director shall immediately notify the State Bureau of Investigation. Upon notification that sexual abuse may have occurred in a child care facility, the State Bureau of Investigation may form a task force to investigate the report.