# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:24-CV-00046-MOC-WCM

| | |
|---|---|
| **GERTRUDE A. SIEGEL,**<br><br>          **Plaintiff,**<br><br>v.<br><br>**TRAILS CAROLINA, LLC, WILDERNESS TRAINING CONSULTING, LLC, AND DERRY C. O'KANE,**<br><br>          **Defendants.** | **JOINT NOTICE OF SETTLEMENT** |

  **NOW COME** Plaintiff Gertrude A. Siegel ("Plaintiff") and Defendants Trails Carolina, LLC, Wilderness Training Consulting, LLC and Derry C. O'Kane ("Defendants"), by and through the undersigned counsel, and give notice as follows:

  Plaintiff and Defendants hereby inform the Court that the parties have reached a settlement agreement that resolves all issues in this case. Plaintiff and Defendants are currently in the process of effectuating settlement and release documentation and will file the required stipulation for dismissal with prejudice in the near future. All parties consent to the filing of this Notice of Settlement.

  **This the 18th day of October, 2024.**

                     **/s/DAVID L. LEVY**
                     David L. Levy
                     NC State Bar No. 34060
                     **/s/KRISTY M. D'AMBROSIO**
                     Kristy M. D'Ambrosio
                     NC State Bar No. 52817

1

Hedrick Gardner Kincheloe & Garofalo, LLP
4201 Congress Street, Suite 300
Charlotte, NC 28209
Phone:  704-319-5426
Fax:  704-602-8178
dlevy@hedrickgardner.com
kdambrosio@hedrickgardner.com
*Attorneys for Defendants*

**/s/SHAUN C. BLAKE**
**Shaun C. Blake**
**NC State Bar No. 35819**
**Mann Blake Jackson & Smith, LLC**
**1619 Sumter Street**
**Columbia, SC  29201**
**Phone:  803-978-1972**
sblake@mannblake
*Attorneys for Plaintiff*