# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:24-CV-00046-MOC-WCM

| | |
|---|---|
| GERTRUDE A. SIEGEL,<br><br>                            Plaintiff,<br><br>v.<br><br>TRAILS CAROLINA, LLC, WILDERNESS TRAINING CONSULTING, LLC, AND DERRY C. O'KANE,<br><br>                         Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**NOW COME** Plaintiff Gertrude A. Siegel and Defendants Trails Carolina, LLC, Wilderness Training Consulting, LLC and Derry C. O'Kane, by and through the undersigned counsel, and hereby stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees.

**This the 12th day of November, 2024.**

                                                            /s/KRISTY M. D'AMBROSIO
                                                            **Kristy M. D'Ambrosio**
                                                            **NC State Bar No. 52817**
                                                             **Hedrick Gardner Kincheloe & Garofalo, LLP**
                                                             **4201 Congress Street, Suite 300**
                                                             **Charlotte, NC 28209**
                                                             **Phone:  704-319-5434**
                                                             **Fax:  704-602-8074**
                                                             kdambrosio@hedrickgardner.com
                                                             *Attorneys for Defendants*

1

**/s/DAVID L. LEVY**
**David L. Levy**
**NC State Bar No. 34060**
**Gardner Skelton**
**3746 N. Davidson Street**
**Charlotte, NC 28205**
**Phone: 704-390-7091**
**Fax: 704-936-0294**
**dlevy@gardnerskelton.com**
*Attorneys for Defendants*

**/s/SHAUN C. BLAKE**
**Shaun C. Blake**
**NC State Bar No. 35819**
**Mann Blake Jackson & Smith, LLC**
**1619 Sumter Street**
**Columbia, SC 29201**
**Phone: 803-978-1972**
**sblake@mannblake**
*Attorneys for Plaintiff*

2